IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER, | CIVIL ACTION NO.: |
| Plaintiff, | |
| v. | *Electronically Filed* |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | |
| Defendants. | |

## PETITION FOR REMOVAL

AND NOW, comes Defendant Wayne Brosius by and through his counsel, MARSHALL DENNEHEY, P.C. and ESTELLE K. MCGRATH, ESQUIRE, and files the within Notice of Removal of Civil Action from the Court of Common Pleas of Venango County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, representing as follows:

1. On December 9, 2025, Plaintiff filed a Complaint in the Court of Common Pleas of Venango County. A copy of the Complaint is attached hereto and marked as "Exhibit A". A copy of the docket is attached hereto and marked as Exhibit "B".

2. This Court has original jurisdiction of Plaintiff's claims pursuant to 28 U.S.C. § 1331 and thus the action is hereby removed to this Court pursuant to the procedures authorized by 28 U.S.C. 1441(a).

3. Plaintiff served the Complaint on Defendants on different dates: Jill Foys on December 9, 2025; Eric Henry on December 16, 2025, and Partners for Performance (Diona Brick) on January 14, 2026.

4. Plaintiff served the last Defendant, Wayne Brosius, on January 21, 2026.

5.  Jurisdiction in this matter lies with this Court pursuant to subject matter jurisdiction. Plaintiff asserts that her Constitutional rights were violated when she was terminated. (Am. Compl., Count II at ¶¶ 23-26). More specifically, Plaintiff alleges that the "actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance and were indeed to chill Plaintiff from speaking publicly about the violations of law she observed." *Id.* at ¶ 25.

6.  Plaintiff's Complaint was filed on December 9, 2025, which was served on the last Defendant, Wayne Brosius on January 21, 2026. Mr. Brosius files this Petition for Removal timely as it was filed within thirty (30) days from that date he was served. Moreover, each of the earlier-served Defendants – Partners for Performance, Inc., Eric Henry and Jill Foys – all consent to the removal. *See* Exhibits "C-E".

7.  Pursuant to 28 U.S.C. §1446(d), a Notice of Removal has been provided to Plaintiff and filed with the Court of Common Pleas of Venango County, Pennsylvania. A copy of the Notice of Removal is attached hereto and marked as Exhibit "F".

WHEREFORE, Defendant Wayne Brosius respectfully requests that this Honorable Court remove the above-captioned action pending in the Court of Common Pleas of Venango County, Pennsylvania, at 2025-1125 to the United States District Court for the Western District of Pennsylvania.

                                Respectfully submitted,

                                **MARSHALL DENNEHEY, P.C.**

By:    */s/ Estelle K. McGrath*
          Estelle K. McGrath, Esquire
          PA ID #87799
          ekmcgrath@mdwcg.com
          Union Trust Building, Suite 700
          501 Grant Street
          Pittsburgh PA 15219
          412-803-1186
          412-803-1188 Fax
          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition for Removal was served upon the following party via Electronic and/or U.S. Mail, postage prepaid, on this 19th day of February 2026:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie PA 16501
tmcnair@mcnairlaw.com
***Counsel for Plaintiff***

**MARSHALL DENNEHEY, P.C.**

  /s/ *Estelle K. McGrath*
Estelle K. McGrath, Esquire
PA ID #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
*Counsel for Defendants*

LEGAL/173820372.1