```
15172302182026                Venango County Pennsylvania                       Page    1
PYSPRT                           Civil Case Detail Report                       2/18/2026
```

Case No.......... 2025-01125  LISA STALNAKER (vs) PARTNERS FOR PERFORMANCE ET AL

| | |
|---|---|
| Reference No...... | Filed.......... 12/09/2025 |
| Case Type......... CONTRACT - EMPLOYMENT | Time............      7:56 |
| Judgment..........              $.00 | Execution Date.  0/00/0000 |
| Judge Assigned.... | Jury Trial..... |
| Disposed Desc..... | Disposed Date..  0/00/0000 |
| ---------- Case Comments ---------- | Higher Crt 1... |
| REINSTATE 1/14/26 | Higher Crt 2... |

***

## ++ GENERAL INDEX ++

| Indexed Party | | Attorney Info |
|---|---|---|
| STALNAKER LISA<br>  MEADVILLE, PA 00000 | PLAINTIFF | MCNAIR TIMOTHY D<br>  821 STATE STREET<br>  ERIE, PA  16501 |
| PARTNERS FOR PERFORMANCE INC<br>  MEADVILLE, PA 16335 | DEFENDANT | MCGRATH ESTELLE K<br>  600 GRANT STREET<br>  STE 2900<br>  PITTSBURGH, PA  15219 |
| HENRY ERIC<br>  MEADVILLE, PA 16335 | DEFENDANT | |
| BROSIUS WAYNE<br>  MEADVILLE, PA 16335 | DEFENDANT | PRO SE |
| FOYS JOY<br>  MEADVILLE, PA 16335 | DEFENDANT | PRO SE |

***

## ++ DOCKET ENTRIES ++

| Date | Entry Text |
|---|---|
| | - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - - - |
| 12/09/2025 | COMPLAINT IN CIVIL ACTION EMPLOYMENT DISPUTE OTHER<br>            13 Image page(s) exists for this entry |
| 12/09/2025 | EXIT TO SHERIFF |
| 12/22/2025 | SHERIFF'S RETURN: 12/16/25 @ 10:30 AM SHERIFF OF CRAWFORD CO DID NOT LOCATE DEFT<br>             2 Image page(s) exists for this entry |
| 1/14/2026 | PRAECIPE TO REINSTATE COMPLAINT<br>            15 Image page(s) exists for this entry |
| 1/16/2026 | SHERIFF'S RETURN: 1/14/26 1:20PM CHF DPTY GIESEY SRVD DEF<br>             1 Image page(s) exists for this entry |
| 1/28/2026 | SHERIFF'S RETURN: 1/21/26 10:50AM CLARION COUNTY SHRF SRVD WAYNE BROSIUS<br>             2 Image page(s) exists for this entry |
| 2/06/2026 | AMENDED COMPLAINT IN CIVIL ACTION<br>            17 Image page(s) exists for this entry |
| 2/09/2026 | PRAECIPE TO ENTER APPEARANCE OF ESTELLE MCGRATH FOR DEFT<br>             4 Image page(s) exists for this entry |
| | - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - - - |

***

## ++ Escrow Information ++

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---|---|---|
| TAX ON CMPLT | $.50 | $.50 | $.00 |
| JCS/ATJ | $41.25 | $41.25 | $.00 |
| AUTOMATION FEE | $5.00 | $5.00 | $.00 |
| REINSTATEMENT | $10.00 | $10.00 | $.00 |
| COMPLAINT FILED | $94.25 | $94.25 | $.00 |
| | ------------ | ------------ | ------------ |
| | $151.00 | $151.00 | $.00 |

***

**End of Case Information**