<span style="color:red">**EXHIBIT C**</span>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER, | CIVIL ACTION NO.: |
| Plaintiff, | |
| v. | *Electronically Filed* |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | |
| Defendants. | |

### AFFIDAVIT
### OF PARTNERS FOR PERFORMANCE

I, Eric Henry, President of the Board, Partners for Performance, makes the following declaration:

Partners for Performance consents to the removal of this civil action to the Western District of Pennsylvania.

    It is declared under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2/19/2026

_____
Eric Henry