IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER, | CIVIL ACTION NO.: |
| Plaintiff, | |
| v. | *Electronically Filed* |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | |
| Defendants. | |

## AFFIDAVIT OF ERIC HENRY

I, Eric Henry, make the following declaration:

I consent to the removal of this civil action to the Western District of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2/19/2026

Eric Henry