## IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,

   Plaintiff,

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS and JILL
FOYS,

   Defendants.

CIVIL DIVISION

No.: 2025-1125

**NOTICE OF FILING OF PETITION FOR REMOVAL**

FILED ON BEHALF OF:
Defendant Wayne Brosius

COUNSEL OF RECORD FOR THIS PARTY:

Estelle K. McGrath, Esquire
PA ID. #87799
ekmcgrath@mdwcg.com

**MARSHALL DENNEHEY, P.C.**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax

## IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,                          CIVIL DIVISION

    Plaintiff,                          No.: 2025-1125

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS and JILL
FOYS,

    Defendants.

### NOTICE OF FILING OF PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §1446, you are hereby notified that Defendant Wayne Brosius has

on this date filed a Petition For Removal of this action from the Court of Common Pleas of

Venango County, Pennsylvania, to the United States District Court for the Western District of

Pennsylvania. A copy of the Petition For Removal is attached as Exhibit "A."

Respectfully Submitted,

**MARSHALL DENNEHEY, P.C.**

By: _____

Estelle K. McGrath, Esquire
PA ID. #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Signature: _____

Name: ___Estelle K. McGrath, Esquire___

Attorney No. (if applicable) ___87799_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LISA STALNAKER,                              CIVIL ACTION NO.:

    Plaintiff,

                                *Electronically Filed*

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.

## PETITION FOR REMOVAL

AND NOW, comes Defendant Wayne Brosius by and through his counsel, MARSHALL DENNEHEY, P.C. and ESTELLE K. MCGRATH, ESQUIRE, and files the within Notice of Removal of Civil Action from the Court of Common Pleas of Venango County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, representing as follows:

1.    On December 9, 2025, Plaintiff filed a Complaint in the Court of Common Pleas of Venango County. A copy of the Complaint is attached hereto and marked as "Exhibit A". A copy of the docket is attached hereto and marked as Exhibit "B".

2.    This Court has original jurisdiction of Plaintiff's claims pursuant to 28 U.S.C. § 1331 and thus the action is hereby removed to this Court pursuant to the procedures authorized by 28 U.S.C. 1441(a).

3.    Plaintiff served the Complaint on Defendants on different dates: Jill Foys on December 9, 2025; Eric Henry on December 16, 2025, and Partners for Performance (Diona Brick) on January 14, 2026.

4.    Plaintiff served the last Defendant, Wayne Brosius, on January 21, 2026.



5.      Jurisdiction in this matter lies with this Court pursuant to subject matter jurisdiction. Plaintiff asserts that her Constitutional rights were violated when she was terminated. (Am. Compl., Count II at ¶¶ 23-26). More specifically, Plaintiff alleges that the "actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance and were indeed to chill Plaintiff from speaking publicly about the violations of law she observed." *Id.* at ¶ 25.

6.      Plaintiff's Complaint was filed on December 9, 2025, which was served on the last Defendant, Wayne Brosius on January 21, 2026. Mr. Brosius files this Petition for Removal timely as it was filed within thirty (30) days from that date he was served. Moreover, each of the earlier-served Defendants – Partners for Performance, Inc., Eric Henry and Jill Foys – all consent to the removal. *See* Exhibits "C-E".

7.      Pursuant to 28 U.S.C. §1446(d), a Notice of Removal has been provided to Plaintiff and filed with the Court of Common Pleas of Venango County, Pennsylvania. A copy of the Notice of Removal is attached hereto and marked as Exhibit "F".

WHEREFORE, Defendant Wayne Brosius respectfully requests that this Honorable Court remove the above-captioned action pending in the Court of Common Pleas of Venango County, Pennsylvania, at 2025-1125 to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

By:      _/s/ Estelle K. McGrath_
Estelle K. McGrath, Esquire
PA ID #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
_Counsel for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition for Removal was served upon the following party via Electronic and/or U.S. Mail, postage prepaid, on this 19th day of February 2026:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie PA 16501
tmcnair@mcnairlaw.com
*Counsel for Plaintiff*

MARSHALL DENNEHEY, P.C.

/s/ Estelle K. McGrath
Estelle K. McGrath, Esquire
PA ID #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
*Counsel for Defendants*

LEGAL/173820372.1

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

Venango _____ **County**

| For Prothonotary Use Only: |
| --- |
| Docket No: |
| 1125-2021 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

---

**SECTION A**

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
| --- | --- |
| Lisa Stalnaker | Partners for Performance, et al. |

**Are money damages requested?** ☒ Yes ☐ No

**Dollar Amount Requested:** (check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes ☒ No

Name of Plaintiff/Appellant's Attorney: Timothy D. McNair, Esquire

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

---

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☒ Employment Dispute: Other
  Violation of the PA
  Whistleblower Law

- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other

- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

**DEFENDANT'S EXHIBIT**
A

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

    *1125*

Case No. :2025-

COMPLAINT IN CIVIL ACTION

Filed on behalf of: Lisa Stalnaker

Counsel of Record:

Timothy D. McNair, Esquire
PA ID No.: 34304
tmcnair@mcnairlaw.com

McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
Phone: (814) 452-0700
Fax: (814) 454-2371

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

                           1/25

v.                  Case No.: 2025-

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

                   **JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:    Partners for Performance
        20 Water Street, Suite 32B
        Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

                                Case No.: 2025-

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

                            **JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:    Wayne Brosius
           20 Water Street, Suite 32B
           Meadville, PA 16335

      YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN
THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT
AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND
FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH
AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU
AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY
MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE
PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR
CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU
CAN GET LEGAL HELP:

                                Court Administrator
                                Judicial Center
                                Meadville, PA 16335
                            Telephone 814.333.7498

                            Timothy D. McNair, Esquire
                            821 State Street
                            Erie, PA 16501
                            814-452-0700
                            814-454-5216

                            tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

    Case No.: 2025- *1125*

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:    Eric Henry
    20 Water Street, Suite 32B
    Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.
                    Case No.: 2025-

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:    Jill Foys
        395 Seneca Street
        Oil City, PA 16301

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

                                Case No.: 2025-
v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

                    **JURY TRIAL DEMANDED**

## COMPLAINT IN CIVIL ACTION

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel, McNair Law Offices, PLLC and claims damages and other relief from Defendants, jointly, severally, and individually, respectfully representing:

1.    Plaintiff is Lisa Stalnaker, an adult individual residing at Meadville, Crawford County, Pennsylvania.

2.    Defendant Partners for Performance, Inc., ("PFP") is a Pennsylvania domestic nonprofit corporation maintaining its principal place of business at 920 Water Street, Suite 32B, Meadville, PA 16335, with a registered office at 1174 Elk Street, Franklin, Pennsylvania 16323-1277. PFP is a public body within the meaning of 43 P.S. § 1422 in that it is a body created by the Commonwealth funded through the Commonwealth or its political subdivisions.

3.    Defendant Eric Henry is the President of Defendant Partners for Performance, Inc. and resides at Crawford County, Pennsylvania. At all relevant times,

Defendant Henry participated in or directed the decisions of PFP that are the subject of this complaint.

4.      Defendant Wayne Brosius is a board member of Defendant PFP and resides at Crawford County, Pennsylvania.

5.      Defendant Jill Foys is the Executive Director of the Northwest Pennsylvania Regional Planning and Development Commission ("Northwest Commission") and resides at Venango County, Pennsylvania.

6.      Plaintiff was employed by Defendant PFP from October 20, 2021, when she was appointed Assistant Director until July 25, 2025, when her employment was terminated in retaliation for her good faith report to the employer or other appropriate authority of wrongdoing or waste in violation of the Pennsylvania Whistleblower Law, 43 P.S. §§ 1421-1428.

7.      On May 9, 2025, PFP terminated the employment of Dr. Lisa Miller, who had served as Director for several years.

8.      On May 16, 2025, Plaintiff was appointed "Interim Director", and her salary was increased from $75,000 per year to $88,000 per year.

9.      On July 2, 2025, Defendant Henry invited Plaintiff to a meeting at a restaurant in Crawford County. Later, Defendant Henry called Plaintiff and informed her that it was a "strategic planning meeting," intended to update a plan that hadn't been updated since 2017.

10.      At the meeting, it was revealed that the meeting was called to discuss the agency business of PFP being taken over by the Northwest Commission, including all staff and the Fiscal Agent, involving over one million dollars in federal WIOA

(Workforce Innovation and Opportunity Act) funds. Defendant Henry stated it was important to accomplish this while there was no one in the PFP Executive Director position. Jill Foys, a board member and Director of the Northwest Commission stated that the Northwest Commission would take over and create a workforce division in the Oil Region office. The group planned to create a subcommittee at the succeeding board meeting scheduled for July 11, 2025, to accomplish the transition.

11.     At that meeting, Plaintiff questioned the need to solicit bids for such a large transaction; Defendant Henry stated that there was no need to do that. Plaintiff raised the issue of the conflict of interest between Jill Foys's membership on the PFP board and her position as the Director of the Northwest Commission, which would have a large financial gain with the takeover.

12.     Plaintiff told Defendants that she was uncomfortable with the board meeting and conducting business at a non-public meeting as required by the Sunshine Law. The conduct of the July 2, 2025, meeting violated Sunshine Law requiring agencies to deliberate and take official action on the agency business in an open and public meeting with prior notice to the public and allowing public participation.

13.     The actions of Defendant PFP resulting from the July 2, 2025 meeting were in violation of law and the PFP bylaws, prohibiting the provision of services by a member of an entity represented by a member. Despite the patent conflict of interest, Jill Foys participated in the meeting and was integral to the plan to shift PFP resources, assets, and personnel to the Northwest Commission.

14.     Plaintiff contacted Stephanie Fera, the attorney representing PFP to discuss the Sunshine Law and conflict of interest issues. Ms. Fera immediately reported

Plaintiff's inquiry to Defendant Henry and Chip Abramovic, a Venango County Commissioner and Chair of the Chief Local Elected Officials. They contacted Plaintiff on July 3, 2025, repeatedly stating how disappointed they were in Plaintiff for her concern over violations of law. They stated that they needed to do best and this was the time to do it since there was no Executive Director in place at Defendant PFP. Plaintiff was told that if she wanted to look for other employment, Henry and Abramovic would be supportive. Plaintiff was not given any written notice or warning.

15.     After Plaintiff's contact with Defendant PFP's attorney, her work environment became hostile and PFP began to inflict a series of retaliatory acts upon Plaintiff, concluding with the termination of Plaintiff's employment for the stated reason that PFP was "moving in a different direction."

16.     On July 18, 2025, at a board meeting of Defendant, the CLEOs and board of the Northwest Commission, the board voted to make itself an advisory board to the CLEOs and decertify themselves along with the Career Links in the northwest. At that meeting, Jill Foys called an executive session. The call for an executive session was not made in good faith in that Ms. Foys moved to form a committee for the Northwest Commission takeover of which she would be the Chair. Counsel for the Northwest Commission, Joe Keebler, gave the opinion that Ms. Foys had a conflict of interest and Chair Travis Crytzler agreed. However, Ms. Foys did not provide the conflict-of-interest disclosure form required nor did she abstain from the discussion regarding her agency taking over.

17.     Plaintiff objected to the conduct of the executive session, but the board rejected her objection and stated it was a decision of commissioners of the six counties.

18.    As the result of the retaliation of Defendants, Plaintiff suffered the loss of her employment, including her salary of $88,000 per year, fringe benefits, and seniority rights. Plaintiff is entitled to an Order reinstating her to her employment, with backpay and reimbursement for any expenses not covered by benefits, compensation for front pay, compensation for emotional distress resulting from the sudden and unjustified termination of her employment, punitive damages, and costs of litigation, including attorney's fees and expenses.

## COUNT I – VIOLATION OF THE PENNSYLVANIA WHISTLEBLOWER LAW 43 P.S. §§ 1421-1428,

19.    Plaintiff incorporates herein by reference the preceding averments of this Complaint as though fully set forth at length.

20.    The actions of the Defendants were undertaken in violation of the Pennsylvania Whistleblower Law and caused the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## TRIAL BY JURY OF TWELVE DEMANDED

## COUNT II – 42 U.S.C. §1983 -VIOLATION OF THE RIGHTS OF PLAINTIFF UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

21.    Plaintiff incorporates herein by reference the averments of paragraphs 1 through 18 of this Complaint as though fully set forth at length.

22.   At all relevant times, Defendants were acting under color of state law and were in the course and scope of their duties.

23.   The actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance.

24.   As the result of the constitutional violations of the Defendants, Plaintiff suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

### TRIAL BY JURY OF TWELVE DEMANDED

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

                              Case No.: 2025-

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

                              **JURY TRIAL DEMANDED**

## VERIFICATION

    I, Lisa Stalnaker, verify that the facts set forth in the within the Complaint are true and correct to the best of my knowledge, information, and belief. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.


Lisa Stalnaker

Date: 11/21/2025

```
15172302182026              Venango County Pennsylvania              Page    1
   PYSPRT                     Civil Case Detail Report                   2/18/2026

Case No.......... 2025-01125  LISA STALNAKER (vs) PARTNERS FOR PERFORMANCE ET AL

Reference No......                              Filed.......... 12/09/2025
Case Type......... CONTRACT - EMPLOYMENT        Time...........       7:56
Judgment..........           $.00               Execution Date.  0/00/0000
Judge Assigned....                              Jury Trial.....
Disposed Desc.....                              Disposed Date..  0/00/0000
----------- Case Comments -----------           Higher Crt 1...
REINSTATE 1/14/26                               Higher Crt 2...
```

```
*********************************************************************************
                           ++ GENERAL INDEX ++
Indexed Party                                   Attorney Info
STALNAKER LISA                   PLAINTIFF       MCNAIR TIMOTHY D
   MEADVILLE, PA 00000                              821 STATE STREET
                                                    ERIE, PA  16501

PARTNERS FOR PERFORMANCE INC     DEFENDANT       MCGRATH ESTELLE K
   MEADVILLE, PA 16335                              600 GRANT STREET
                                                    STE 2900
                                                    PITTSBURGH, PA  15219

HENRY ERIC                       DEFENDANT
   MEADVILLE, PA 16335

BROSIUS WAYNE                    DEFENDANT       PRO SE
   MEADVILLE, PA 16335

FOYS JOY                         DEFENDANT       PRO SE
   MEADVILLE, PA 16335
```

```
*********************************************************************************
                           ++ DOCKET ENTRIES ++
   Date      Entry Text
- - - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - - -
12/09/2025  COMPLAINT IN CIVIL ACTION EMPLOYMENT DISPUTE OTHER
                              13 Image page(s) exists for this entry
------------------------------------------------------------------------
12/09/2025  EXIT TO SHERIFF
------------------------------------------------------------------------
12/22/2025  SHERIFF'S RETURN: 12/16/25 @ 10:30 AM SHERIFF OF CRAWFORD CO DID
            NOT LOCATE DEFT
                               2 Image page(s) exists for this entry
------------------------------------------------------------------------
 1/14/2026  PRAECIPE TO REINSTATE COMPLAINT
                              15 Image page(s) exists for this entry
------------------------------------------------------------------------
 1/16/2026  SHERIFF'S RETURN: 1/14/26 1:20PM CHF DPTY GIESEY SRVD DEF
                               1 Image page(s) exists for this entry
------------------------------------------------------------------------
 1/28/2026  SHERIFF'S RETURN: 1/21/26 10:50AM CLARION COUNTY SHRF SRVD WAYNE
            BROSIUS
                               2 Image page(s) exists for this entry
------------------------------------------------------------------------
 2/06/2026  AMENDED COMPLAINT IN CIVIL ACTION
                              17 Image page(s) exists for this entry
------------------------------------------------------------------------
 2/09/2026  PRAECIPE TO ENTER APPEARANCE OF ESTELLE MCGRATH FOR DEFT
                               4 Image page(s) exists for this entry
- - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - -
```

```
*********************************************************************************
                          ++ Escrow Information ++
Cost / Fee            Beg. Balance    Pymts/Adjmts    End. Balance
TAX ON CMPLT               $.50           $.50           $.00
JCS/ATJ                  $41.25         $41.25           $.00
AUTOMATION FEE            $5.00          $5.00           $.00
REINSTATEMENT           $10.00         $10.00           $.00
COMPLAINT FILED         $94.25         $94.25           $.00
                      ------------   ------------    ------------
                        $151.00        $151.00           $.00
```

```
*********************************************************************************
                         End of Case Information
```



**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LISA STALNAKER,                           CIVIL ACTION NO.:

    Plaintiff,

                            *Electronically Filed*

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.

## AFFIDAVIT
## OF PARTNERS FOR PERFORMANCE

I, Eric Henry, President of the Board, Partners for Performance, makes the following declaration:

Partners for Performance consents to the removal of this civil action to the Western District of
Pennsylvania.

      It is declared under the penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Date: 2/19/2026

                    Eric Henry

**DEFENDANT'S
EXHIBIT
"C"**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,                                    CIVIL ACTION NO.:

   Plaintiff,

                                       *Electronically Filed*

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

   Defendants.

### AFFIDAVIT OF JILL FOYS

I, Jill Foys, make the following declaration:

I consent to the removal of this civil action to the Western District of Pennsylvania.

      I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Date: 2/19/26 _____    _____
                     Jill Foys



DEFENDANT'S
EXHIBIT
"D"

EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,                         CIVIL ACTION NO.:

    Plaintiff,

                            *Electronically Filed*

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.

## AFFIDAVIT OF ERIC HENRY

I, Eric Henry, make the following declaration:

I consent to the removal of this civil action to the Western District of Pennsylvania.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2/19/2026

                          Eric Henry

DEFENDANT'S
EXHIBIT
"E"

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of**

**Filing of Petition for Removal** has been served upon the following known counsel of record this

19th day of February 2026, via electronic mail and/or US First-Class Mail, postage prepaid:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie PA 16501
tmcnair@mcnairlaw.com
***Counsel for Plaintiff***

**MARSHALL DENNEHEY, P.C.**


Estelle K. McGrath, Esquire
PA ID. #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
*Counsel for Defendants*

LEGAL/173818710.1