# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER,  <br>   Plaintiff,  <br>v.  <br>PARTNERS FOR PERFORMANCE, INC.; ERIC HENRY; WAYNE BROSIUS and JILL FOYS,  <br>   Defendants. | CIVIL ACTION NO.:  <br><br>*Electronically Filed*  <br><br>**JURY TRIAL DEMANDED** |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Partners in Performance, Inc. certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

          Respectfully submitted,

          **MARSHALL DENNEHEY, P.C.**

By:   /s/ *Estelle K. McGrath*
      Estelle K. McGrath, Esquire
      PA ID #87799
      ekmcgrath@mdwcg.com
      Union Trust Building, Suite 700
      501 Grant Street
      Pittsburgh PA 15219
      412-803-1186
      412-803-1188 Fax
      *Counsel for Defendants Partners for Performance, Inc., Eric Henry, Wayne Brosius and Jill Foys*

LEGAL/173822341.1