IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA STALNAKER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 1:26-cv-0050 |
| | ) | |
| v. | ) | |
| | ) | |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | ) ) ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## PETITION FOR REMOVAL

AND NOW, comes Defendant Wayne Brosius by and through his counsel, MARSHALL DENNEHEY, P.C. and ESTELLE K. MCGRATH, ESQUIRE, and files the within Notice of Removal of Civil Action from the Court of Common Pleas of Venango County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, representing as follows:

1. On December 9, 2025, Plaintiff filed a Complaint in the Court of Common Pleas of Venango County. A copy of the Complaint is attached hereto and marked as "Exhibit A". A copy of the docket is attached hereto and marked as Exhibit "B" along with all filed documents.

2. This Court has original jurisdiction of Plaintiff's claims pursuant to 28 U.S.C. §1331 and thus the action is hereby removed to this Court pursuant to the procedures authorized by 28 U.S.C. 1441(a).

3. Plaintiff served the Complaint on Defendants on different dates: Jill Foys on December 9, 2025; Eric Henry on December 16, 2025, and Partners for Performance (Diona Brick) on January 14, 2026.

4. Plaintiff served the last Defendant, Wayne Brosius, on January 21, 2026.

5. Jurisdiction in this matter lies with this Court pursuant to subject matter jurisdiction. Plaintiff asserts that her Constitutional rights were violated when she was terminated. (Am. Compl., Count II at ¶¶23-26). More specifically, Plaintiff alleges that the "actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance and were indeed to chill Plaintiff from speaking publicly about the violations of law she observed." *Id.* at ¶25.

6. Plaintiff's Complaint was filed on December 9, 2025, which was served on the last Defendant, Wayne Brosius on January 21, 2026. Mr. Brosius files this Petition for Removal timely as it was filed within thirty (30) days from that date he was served. Moreover, each of the earlier-served Defendants – Partners for Performance, Inc., Eric Henry and Jill Foys – all consent to the removal. *See* Exhibits "C-E".

7. Pursuant to 28 U.S.C. §1446(d), a Notice of Removal has been provided to Plaintiff and filed with the Court of Common Pleas of Venango County, Pennsylvania. A copy of the Notice of Removal is attached hereto and marked as Exhibit "F".

WHEREFORE, Defendant Wayne Brosius respectfully requests that this Honorable Court remove the above-captioned action pending in the Court of Common Pleas of Venango County, Pennsylvania, at 2025-1125 to the United States District Court for the Western District of Pennsylvania.

        Respectfully submitted,

        **MARSHALL DENNEHEY, P.C.**

BY:    *s/ Estelle K. McGrath*
        Estelle K. McGrath, Esquire
        PA ID #87799
        ekmcgrath@mdwcg.com
        Union Trust Building, Suite 700
        501 Grant Street
        Pittsburgh PA 15219
        412-803-1186
        412-803-1188 Fax
        **Counsel for Defendants**

BY:    *s/ Kyle T. McGee*
        Kyle T. McGee, Esquire
        PA ID #205661
        ktmcgee@mdwcg.com
        Union Trust Building, Suite 700
        501 Grant Street
        Pittsburgh PA 15219
        412-803-1140
        412-803-1188 Fax
        **Counsel for Defendants**