# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
Venango County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: 1125-2025 | TIME STAMP / FILED COMMON PLEAS COURT VENANGO COUNTY PROTHONOTARY AND CLERK OF COURTS 2025 DEC -9 AM 11:57 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

### SECTION A

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Lisa Stalnaker

**Lead Defendant's Name:** Partners for Performance, et al.

**Are money damages requested?** [X] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes  [X] No

**Is this an MDJ Appeal?** [ ] Yes  [X] No

**Name of Plaintiff/Appellant's Attorney:** Timothy D. McNair, Esquire

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

### SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [X] Employment Dispute: Other — Violation of the PA Whistleblower Law
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other _____
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

Exhibit "A"

Updated 1/1/2011

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER,<br>    Plaintiff<br><br>v.<br><br>PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>    Defendants | Case No. :2025- 1125<br><br>COMPLAINT IN CIVIL ACTION<br><br>Filed on behalf of: Lisa Stalnaker<br><br>Counsel of Record:<br><br>Timothy D. McNair, Esquire<br>PA ID No.: 34304<br>tmcnair@mcnairlaw.com<br><br>McNair Law Offices, PLLC<br>821 State Street<br>Erie, PA 16501<br>Phone: (814) 452-0700<br>Fax: (814) 454-2371<br><br>**JURY TRIAL DEMANDED** |

FILED COMMON PLEAS COURT VENANGO COUNTY
2025 DEC -9 AM 7:57
PROTHONOTARY AND CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER,<br>    Plaintiff<br><br>v.<br><br>PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>    Defendants | :<br>:<br>:<br>:<br>:   Case No.: 2025- *1125*<br>:<br>:<br>:<br>:<br>:<br>:<br>:   **JURY TRIAL DEMANDED** |

FILED COMMON PLEAS COURT VENANGO COUNTY 2025 DEC -9 AM 7:57 PROTHONOTARY AND CLERK OF COURTS

<u>**NOTICE TO DEFEND**</u>

TO:   Partners for Performance
         20 Water Street, Suite 32B
         Meadville, PA 16335

      YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator<br>
Judicial Center<br>
Meadville, PA 16335<br>
Telephone 814.333.7498

                                                                /s/ Timothy D. McNair
                                                              Timothy D. McNair, Esquire
                                                               821 State Street
                                                                Erie, PA 16501
                                                                814-452-0700
                                                                814-454-5216

                                                                tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

    Case No.: 2025-1125

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

FILED COMMON PLEAS COURT VENANGO COUNTY 2025 DEC -9 AM 7:57 PROTHONOTARY AND CLERK OF COURTS

## NOTICE TO DEFEND

TO:    Wayne Brosius
        20 Water Street, Suite 32B
        Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-1125

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:   Eric Henry
        20 Water Street, Suite 32B
        Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

        Court Administrator
        Judicial Center
        Meadville, PA 16335
        Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER,<br>  Plaintiff<br><br>v.<br><br>PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>  Defendants | Case No.: 2025-1125<br><br>**JURY TRIAL DEMANDED** |

## NOTICE TO DEFEND

TO:  Jill Foys
     395 Seneca Street
     Oil City, PA 16301

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

  YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

*/s/ Timothy D. McNair*
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER,<br>Plaintiff<br><br>v.<br><br>PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>Defendants | Case No.: 2025-1125<br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT IN CIVIL ACTION

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel, McNair Law Offices, PLLC and claims damages and other relief from Defendants, jointly, severally, and individually, respectfully representing:

1. Plaintiff is Lisa Stalnaker, an adult individual residing at Meadville, Crawford County, Pennsylvania.

2. Defendant Partners for Performance, Inc., ("PFP") is a Pennsylvania domestic nonprofit corporation maintaining its principal place of business at 920 Water Street, Suite 32B, Meadville, PA 16335, with a registered office at 1174 Elk Street, Franklin, Pennsylvania 16323-1277. PFP is a public body within the meaning of 43 P.S. § 1422 in that it is a body created by the Commonwealth funded through the Commonwealth or its political subdivisions.

3. Defendant Eric Henry is the President of Defendant Partners for Performance, Inc. and resides at Crawford County, Pennsylvania. At all relevant times,

Defendant Henry participated in or directed the decisions of PFP that are the subject of this complaint.

4. Defendant Wayne Brosius is a board member of Defendant PFP and resides at Crawford County, Pennsylvania.

5. Defendant Jill Foys is the Executive Director of the Northwest Pennsylvania Regional Planning and Development Commission ("Northwest Commission") and resides at Venango County, Pennsylvania.

6. Plaintiff was employed by Defendant PFP from October 20, 2021, when she was appointed Assistant Director until July 25, 2025, when her employment was terminated in retaliation for her good faith report to the employer or other appropriate authority of wrongdoing or waste in violation of the Pennsylvania Whistleblower Law, 43 P.S. §§ 1421-1428.

7. On May 9, 2025, PFP terminated the employment of Dr. Lisa Miller, who had served as Director for several years.

8. On May 16, 2025, Plaintiff was appointed "Interim Director", and her salary was increased from $75,000 per year to $88,000 per year.

9. On July 2, 2025, Defendant Henry invited Plaintiff to a meeting at a restaurant in Crawford County. Later, Defendant Henry called Plaintiff and informed her that it was a "strategic planning meeting," intended to update a plan that hadn't been updated since 2017.

10. At the meeting, it was revealed that the meeting was called to discuss the agency business of PFP being taken over by the Northwest Commission, including all staff and the Fiscal Agent, involving over one million dollars in federal WIOA

(Workforce Innovation and Opportunity Act) funds. Defendant Henry stated it was important to accomplish this while there was no one in the PFP Executive Director position. Jill Foys, a board member and Director of the Northwest Commission stated that the Northwest Commission would take over and create a workforce division in the Oil Region office. The group planned to create a subcommittee at the succeeding board meeting scheduled for July 11, 2025, to accomplish the transition.

11. At that meeting, Plaintiff questioned the need to solicit bids for such a large transaction; Defendant Henry stated that there was no need to do that. Plaintiff raised the issue of the conflict of interest between Jill Foys's membership on the PFP board and her position as the Director of the Northwest Commission, which would have a large financial gain with the takeover.

12. Plaintiff told Defendants that she was uncomfortable with the board meeting and conducting business at a non-public meeting as required by the Sunshine Law. The conduct of the July 2, 2025, meeting violated Sunshine Law requiring agencies to deliberate and take official action on the agency business in an open and public meeting with prior notice to the public and allowing public participation.

13. The actions of Defendant PFP resulting from the July 2, 2025 meeting were in violation of law and the PFP bylaws, prohibiting the provision of services by a member of an entity represented by a member. Despite the patent conflict of interest, Jill Foys participated in the meeting and was integral to the plan to shift PFP resources, assets, and personnel to the Northwest Commission.

14. Plaintiff contacted Stephanie Fera, the attorney representing PFP to discuss the Sunshine Law and conflict of interest issues. Ms. Fera immediately reported

Plaintiff's inquiry to Defendant Henry and Chip Abramovic, a Venango County Commissioner and Chair of the Chief Local Elected Officials. They contacted Plaintiff on July 3, 2025, repeatedly stating how disappointed they were in Plaintiff for her concern over violations of law. They stated that they needed to do best and this was the time to do it since there was no Executive Director in place at Defendant PFP. Plaintiff was told that if she wanted to look for other employment, Henry and Abramovic would be supportive. Plaintiff was not given any written notice or warning.

15. After Plaintiff's contact with Defendant PFP's attorney, her work environment became hostile and PFP began to inflict a series of retaliatory acts upon Plaintiff, concluding with the termination of Plaintiff's employment for the stated reason that PFP was "moving in a different direction."

16. On July 18, 2025, at a board meeting of Defendant, the CLEOs and board of the Northwest Commission, the board voted to make itself an advisory board to the CLEOs and decertify themselves along with the Career Links in the northwest. At that meeting, Jill Foys called an executive session. The call for an executive session was not made in good faith in that Ms. Foys moved to form a committee for the Northwest Commission takeover of which she would be the Chair. Counsel for the Northwest Commission, Joe Keebler, gave the opinion that Ms. Foys had a conflict of interest and Chair Travis Crytzler agreed. However, Ms. Foys did not provide the conflict-of-interest disclosure form required nor did she abstain from the discussion regarding her agency taking over.

17. Plaintiff objected to the conduct of the executive session, but the board rejected her objection and stated it was a decision of commissioners of the six counties.

18. As the result of the retaliation of Defendants, Plaintiff suffered the loss of her employment, including her salary of $88,000 per year, fringe benefits, and seniority rights. Plaintiff is entitled to an Order reinstating her to her employment, with backpay and reimbursement for any expenses not covered by benefits, compensation for front pay, compensation for emotional distress resulting from the sudden and unjustified termination of her employment, punitive damages, and costs of litigation, including attorney's fees and expenses.

## COUNT I – VIOLATION OF THE PENNSYLVANIA WHISTLEBLOWER LAW 43 P.S. §§ 1421-1428.

19. Plaintiff incorporates herein by reference the preceding averments of this Complaint as though fully set forth at length.

20. The actions of the Defendants were undertaken in violation of the Pennsylvania Whistleblower Law and caused the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

### TRIAL BY JURY OF TWELVE DEMANDED

## COUNT II – 42 U.S.C. §1983 -VIOLATION OF THE RIGHTS OF PLAINTIFF UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

21. Plaintiff incorporates herein by reference the averments of paragraphs 1 through 18 of this Complaint as though fully set forth at length.

22. At all relevant times, Defendants were acting under color of state law and were in the course and scope of their duties.

23. The actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance.

24. As the result of the constitutional violations of the Defendants, Plaintiff suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

**TRIAL BY JURY OF TWELVE DEMANDED**

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER,<br>Plaintiff<br><br>v.<br><br>PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>Defendants | Case No.: 2025-<br><br><br>JURY TRIAL DEMANDED |

### VERIFICATION

I, Lisa Stalnaker, verify that the facts set forth in the within the Complaint are true and correct to the best of my knowledge, information, and belief. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

_____
Lisa Stalnaker

Date: 11/21/2025