```
10390902232026                Venango County Pennsylvania              Page    1
PYSPRT                        Civil Case Detail Report                2/23/2026
```

Case No.......... 2025-01125  LISA STALNAKER (vs) PARTNERS FOR PERFORMANCE ET AL

```
Reference No......                              Filed..........  12/09/2025
Case Type......... CONTRACT - EMPLOYMENT        Time...........       7:56
Judgment..........            $.00              Execution Date.  0/00/0000
Judge Assigned....                              Jury Trial.....
Disposed Desc.....                              Disposed Date..  0/00/0000
----------- Case Comments -----------           Higher Crt 1...
REINSTATE 1/14/26                               Higher Crt 2...
```

****************************************************************************

### ++ GENERAL INDEX ++

| Indexed Party | | Attorney Info |
|---|---|---|
| STALNAKER LISA | PLAINTIFF | MCNAIR TIMOTHY D |
| MEADVILLE, PA 00000 | | 821 STATE STREET |
| | | ERIE, PA  16501 |
| PARTNERS FOR PERFORMANCE INC | DEFENDANT | MCGRATH ESTELLE K |
| MEADVILLE, PA 16335 | | 600 GRANT STREET |
| | | STE 2900 |
| | | PITTSBURGH, PA  15219 |
| HENRY ERIC | DEFENDANT | |
| MEADVILLE, PA 16335 | | |
| BROSIUS WAYNE | DEFENDANT | PRO SE |
| MEADVILLE, PA 16335 | | |
| FOYS JOY | DEFENDANT | PRO SE |
| MEADVILLE, PA 16335 | | |

****************************************************************************

### ++ DOCKET ENTRIES ++

**Date**      **Entry Text**

- - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - -

12/09/2025  COMPLAINT IN CIVIL ACTION EMPLOYMENT DISPUTE OTHER
                        13 Image page(s) exists for this entry
            -----------------------------------------------------

12/09/2025  EXIT TO SHERIFF
            -----------------------------------------------------

12/22/2025  SHERIFF'S RETURN: 12/16/25 @ 10:30 AM SHERIFF OF CRAWFORD CO DID
            NOT LOCATE DEFT
                         2 Image page(s) exists for this entry
            -----------------------------------------------------

1/14/2026   PRAECIPE TO REINSTATE COMPLAINT
                        15 Image page(s) exists for this entry
            -----------------------------------------------------

1/16/2026   SHERIFF'S RETURN: 1/14/26 1:20PM CHF DPTY GIESEY SRVD DEF
                         1 Image page(s) exists for this entry
            -----------------------------------------------------

1/28/2026   SHERIFF'S RETURN: 1/21/26 10:50AM CLARION COUNTY SHRF SRVD WAYNE
            BROSIUS
                         2 Image page(s) exists for this entry
            -----------------------------------------------------

2/06/2026   AMENDED COMPLAINT IN CIVIL ACTION
                        17 Image page(s) exists for this entry
            -----------------------------------------------------

2/09/2026   PRAECIPE TO ENTER APPEARANCE OF ESTELLE MCGRATH FOR DEFT
                         4 Image page(s) exists for this entry
            -----------------------------------------------------

2/20/2026   PETITION FOR REMOVAL
                        25 Image page(s) exists for this entry
- - - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - -

****************************************************************************

### ++ Escrow Information ++

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---|---|---|
| TAX ON CMPLT | $.50 | | $.00 |
| JCS/ATJ | $41.25 | $41.25 | $.00 |
| AUTOMATION FEE | $5.00 | $5.00 | $.00 |
| REINSTATEMENT | $10.00 | $10.00 | $.00 |
| COMPLAINT FILED | $94.25 | $94.25 | $.00 |
| | ------------ | ------------ | ------------ |
| | $151.00 | $151.00 | $.00 |

# Exhibit "B"

```
10390902232026                  Venango County Pennsylvania                       Page    2
    PYSPRT                       Civil Case Detail Report                       2/23/2026
```

Case No........... 2025-01125  LISA STALNAKER (vs) PARTNERS FOR PERFORMANCE ET AL

```
Reference No......                                      Filed..........   12/09/2025
Case Type......... CONTRACT - EMPLOYMENT                Time...........        7:56
Judgment..........            $.00                      Execution Date.   0/00/0000
Judge Assigned....                                      Jury Trial.....
Disposed Desc.....                                      Disposed Date..   0/00/0000
----------- Case Comments -----------                   Higher Crt 1...
REINSTATE 1/14/26                                       Higher Crt 2...
```

*************************************************************************************
                            **End of Case Information**

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____Venango_____ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No: 1125-2025 | TIME STAMP |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [X] Complaint
- [ ] Transfer from Another Jurisdiction
- [ ] Writ of Summons
- [ ] Petition
- [ ] Declaration of Taking

Lead Plaintiff's Name:
Lisa Stalnaker

Lead Defendant's Name:
Partners for Performance, et al.

Are money damages requested? [X] Yes  [ ] No

Dollar Amount Requested: (check one)
- [ ] within arbitration limits
- [X] outside arbitration limits

Is this a *Class Action Suit?* [ ] Yes  [X] No

Is this an *MDJ Appeal?* [ ] Yes  [X] No

Name of Plaintiff/Appellant's Attorney: Timothy D. McNair, Esquire

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE.* If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other

- [ ] Employment Dispute: Discrimination
- [X] Employment Dispute: Other
  Violation of the PA
  Whistleblower Law

- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

*1125 - 2025*

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2025 DEC -9 AM 7:56
PROTHONOTARY AND
CLERK OF COURTS

| | |
|---|---|
| LISA STALNAKER,<br>Plaintiff | Case No. :2025- |
| v. | COMPLAINT IN CIVIL ACTION |
| PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>Defendants | Filed on behalf of: Lisa Stalnaker |

Counsel of Record:

Timothy D. McNair, Esquire
PA ID No.: 34304
tmcnair@mcnairlaw.com

McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
Phone: (814) 452-0700
Fax: (814) 454-2371

**JURY TRIAL DEMANDED**



IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

    v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025- *//25*

**JURY TRIAL DEMANDED**

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2025 DEC -9 AM 7:56
PROTHONOTARY AND
CLERK OF COURTS

## <u>NOTICE TO DEFEND</u>

TO:    Partners for Performance
      20 Water Street, Suite 32B
      Meadville, PA 16335

      YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

<div align="center">

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

</div>

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.: 2025- *1125*

**FILED
COMMON PLEAS COURT
VENANGO COUNTY
2025 DEC -9 AM 7:56
PROTHONOTARY AND
CLERK OF COURTS**

**JURY TRIAL DEMANDED**

<u>**NOTICE TO DEFEND**</u>

TO:   Wayne Brosius
        20 Water Street, Suite 32B
        Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

<div align="center">
Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498
</div>

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.: 2025- *1125*

**JURY TRIAL DEMANDED**

*FILED COMMON PLEAS COURT VENANGO COUNTY*
*PROTHONOTARY AND CLERK OF COURTS*
*2025 DEC -9 AM 7:56*

## NOTICE TO DEFEND

TO:    Eric Henry
        20 Water Street, Suite 32B
        Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

    v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025- *1125*

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2025 DEC -9 AM 7: 56
PROTHONOTARY AND
CLERK OF COURTS

**JURY TRIAL DEMANDED**

### NOTICE TO DEFEND

TO:   Jill Foys
    395 Seneca Street
    Oil City, PA 16301

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-1125

**JURY TRIAL DEMANDED**

<u>**COMPLAINT IN CIVIL ACTION**</u>

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel, McNair Law Offices, PLLC and claims damages and other relief from Defendants, jointly, severally, and individually, respectfully representing:

1.    Plaintiff is Lisa Stalnaker, an adult individual residing at Meadville, Crawford County, Pennsylvania.

2.    Defendant Partners for Performance, Inc., ("PFP") is a Pennsylvania domestic nonprofit corporation maintaining its principal place of business at 920 Water Street, Suite 32B, Meadville, PA 16335, with a registered office at 1174 Elk Street, Franklin, Pennsylvania 16323-1277. PFP is a public body within the meaning of 43 P.S. § 1422 in that it is a body created by the Commonwealth funded through the Commonwealth or its political subdivisions.

3.    Defendant Eric Henry is the President of Defendant Partners for Performance, Inc. and resides at Crawford County, Pennsylvania. At all relevant times,

Defendant Henry participated in or directed the decisions of PFP that are the subject of this complaint.

4.      Defendant Wayne Brosius is a board member of Defendant PFP and resides at Crawford County, Pennsylvania.

5.      Defendant Jill Foys is the Executive Director of the Northwest Pennsylvania Regional Planning and Development Commission ("Northwest Commission") and resides at Venango County, Pennsylvania.

6.      Plaintiff was employed by Defendant PFP from October 20, 2021, when she was appointed Assistant Director until July 25, 2025, when her employment was terminated in retaliation for her good faith report to the employer or other appropriate authority of wrongdoing or waste in violation of the Pennsylvania Whistleblower Law, 43 P.S. §§ 1421-1428.

7.      On May 9, 2025, PFP terminated the employment of Dr. Lisa Miller, who had served as Director for several years.

8.      On May 16, 2025, Plaintiff was appointed "Interim Director", and her salary was increased from $75,000 per year to $88,000 per year.

9.      On July 2, 2025, Defendant Henry invited Plaintiff to a meeting at a restaurant in Crawford County. Later, Defendant Henry called Plaintiff and informed her that it was a "strategic planning meeting," intended to update a plan that hadn't been updated since 2017.

10.      At the meeting, it was revealed that the meeting was called to discuss the agency business of PFP being taken over by the Northwest Commission, including all staff and the Fiscal Agent, involving over one million dollars in federal WIOA

(Workforce Innovation and Opportunity Act) funds. Defendant Henry stated it was important to accomplish this while there was no one in the PFP Executive Director position. Jill Foys, a board member and Director of the Northwest Commission stated that the Northwest Commission would take over and create a workforce division in the Oil Region office. The group planned to create a subcommittee at the succeeding board meeting scheduled for July 11, 2025, to accomplish the transition.

11.    At that meeting, Plaintiff questioned the need to solicit bids for such a large transaction; Defendant Henry stated that there was no need to do that. Plaintiff raised the issue of the conflict of interest between Jill Foys's membership on the PFP board and her position as the Director of the Northwest Commission, which would have a large financial gain with the takeover.

12.    Plaintiff told Defendants that she was uncomfortable with the board meeting and conducting business at a non-public meeting as required by the Sunshine Law. The conduct of the July 2, 2025, meeting violated Sunshine Law requiring agencies to deliberate and take official action on the agency business in an open and public meeting with prior notice to the public and allowing public participation.

13.    The actions of Defendant PFP resulting from the July 2, 2025 meeting were in violation of law and the PFP bylaws, prohibiting the provision of services by a member of an entity represented by a member. Despite the patent conflict of interest, Jill Foys participated in the meeting and was integral to the plan to shift PFP resources, assets, and personnel to the Northwest Commission.

14.    Plaintiff contacted Stephanie Fera, the attorney representing PFP to discuss the Sunshine Law and conflict of interest issues. Ms. Fera immediately reported

Plaintiff's inquiry to Defendant Henry and Chip Abramovic, a Venango County Commissioner and Chair of the Chief Local Elected Officials. They contacted Plaintiff on July 3, 2025, repeatedly stating how disappointed they were in Plaintiff for her concern over violations of law. They stated that they needed to do best and this was the time to do it since there was no Executive Director in place at Defendant PFP. Plaintiff was told that if she wanted to look for other employment, Henry and Abramovic would be supportive. Plaintiff was not given any written notice or warning.

15.     After Plaintiff's contact with Defendant PFP's attorney, her work environment became hostile and PFP began to inflict a series of retaliatory acts upon Plaintiff, concluding with the termination of Plaintiff's employment for the stated reason that PFP was "moving in a different direction."

16.     On July 18, 2025, at a board meeting of Defendant, the CLEOs and board of the Northwest Commission, the board voted to make itself an advisory board to the CLEOs and decertify themselves along with the Career Links in the northwest. At that meeting, Jill Foys called an executive session. The call for an executive session was not made in good faith in that Ms. Foys moved to form a committee for the Northwest Commission takeover of which she would be the Chair. Counsel for the Northwest Commission, Joe Keebler, gave the opinion that Ms. Foys had a conflict of interest and Chair Travis Crytzler agreed. However, Ms. Foys did not provide the conflict-of-interest disclosure form required nor did she abstain from the discussion regarding her agency taking over.

17.     Plaintiff objected to the conduct of the executive session, but the board rejected her objection and stated it was a decision of commissioners of the six counties.

18.    As the result of the retaliation of Defendants, Plaintiff suffered the loss of her employment, including her salary of $88,000 per year, fringe benefits, and seniority rights. Plaintiff is entitled to an Order reinstating her to her employment, with backpay and reimbursement for any expenses not covered by benefits, compensation for front pay, compensation for emotional distress resulting from the sudden and unjustified termination of her employment, punitive damages, and costs of litigation, including attorney's fees and expenses.

## COUNT I – VIOLATION OF THE PENNSYLVANIA WHISTLEBLOWER LAW 43 P.S. §§ 1421-1428.

19.    Plaintiff incorporates herein by reference the preceding averments of this Complaint as though fully set forth at length.

20.    The actions of the Defendants were undertaken in violation of the Pennsylvania Whistleblower Law and caused the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## TRIAL BY JURY OF TWELVE DEMANDED

## COUNT II – 42 U.S.C. §1983 -VIOLATION OF THE RIGHTS OF PLAINTIFF UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

21.    Plaintiff incorporates herein by reference the averments of paragraphs 1 through 18 of this Complaint as though fully set forth at length.

22.    At all relevant times, Defendants were acting under color of state law and were in the course and scope of their duties.

23.    The actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance.

24.    As the result of the constitutional violations of the Defendants, Plaintiff suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## TRIAL BY JURY OF TWELVE DEMANDED

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,          :
    Plaintiff          :
                  :          *//2)*
v.          :          Case No.: 2025-
                  :
PARTNERS FOR PERFORMANCE,          :
INC., ERIC HENRY, WAYNE BROSIUS,          :
and JILL FOYS,          :
    Defendants          :
                  :          **JURY TRIAL DEMANDED**

## VERIFICATION

I, Lisa Stalnaker, verify that the facts set forth in the within the Complaint are true and correct to the best of my knowledge, information, and belief. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Lisa Stalnaker

Date: 11/21/2025

# SHERIFF'S OFFICE OF VENANGO COUNTY

**Eric K Foy**
*Sheriff*



**Merle D Giesey**
*Chief Deputy*

LISA STALNAKER
vs.
PARTNERS FOR PERFORMANCE (et al.)

**Case Number**
CIV 1125-2025

## SHERIFF'S RETURN OF SERVICE

12/09/2025  SHERIFF ERIC K FOY, BEING DULY SWORN ACCORDING TO LAW, STATES HE MADE DILIGENT SEARCH AND INQUIRY FOR THE WITHIN NAMED DEFENDANT TO WIT: PARTNERS FOR PERFORMANCE, BUT WAS UNABLE TO LOCATE THE DEFENDANT IN HIS BAILIWICK. THE SHERIFF THEREFORE DEPUTIZES THE SHERIFF OF CRAWFORD, PENNSYLVANIA TO SERVE THE WITHIN COMPLAINT IN CIVIL ACTION (CICA) ACCORDING TO LAW.

12/09/2025  SHERIFF ERIC K FOY, BEING DULY SWORN ACCORDING TO LAW, STATES HE MADE DILIGENT SEARCH AND INQUIRY FOR THE WITHIN NAMED DEFENDANT TO WIT: WAYNE BROSIUS, BUT WAS UNABLE TO LOCATE THE DEFENDANT IN HIS BAILIWICK. THE SHERIFF THEREFORE DEPUTIZES THE SHERIFF OF CRAWFORD, PENNSYLVANIA TO SERVE THE WITHIN COMPLAINT IN CIVIL ACTION (CICA) ACCORDING TO LAW.

12/09/2025  SHERIFF ERIC K FOY, BEING DULY SWORN ACCORDING TO LAW, STATES HE MADE DILIGENT SEARCH AND INQUIRY FOR THE WITHIN NAMED DEFENDANT TO WIT: ERIC HENRY, BUT WAS UNABLE TO LOCATE THE DEFENDANT IN HIS BAILIWICK. THE SHERIFF THEREFORE DEPUTIZES THE SHERIFF OF CRAWFORD, PENNSYLVANIA TO SERVE THE WITHIN COMPLAINT IN CIVIL ACTION (CICA) ACCORDING TO LAW.

12/09/2025  01:51 PM - DEPUTY HUNTER HAUN, BEING DULY SWORN ACCORDING TO LAW, SERVED THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) BY "PERSONALLY" HANDING  A TRUE COPY TO A PERSON REPRESENTING THEMSELVES TO BE THE DEFENDANT, TO WIT: JILL FOYS AT 395 SENECA STREET, OIL CITY, PA 16301.

HUNTER HAUN, DEPUTY

12/16/2025  10:30 AM - THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) SERVED BY THE SHERIFF OF CRAWFORD COUNTY UPON ERIC HENRY, PERSONALLY, AT CRAWFORD COUNTY COURTHOUSE, 903 DIAMOND PARK, MEADVILLE, PA 16335. DAVID POWERS, SHERIFF, RETURN OF SERVICE ATTACHED TO AND MADE PART OF THE WITHIN RECORD.

12/16/2025  10:30 AM - THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) RETURNED BY THE SHERIFF OF CRAWFORD COUNTY, THE WITHIN NAMED DEFENDANT WAYNE BROSIUS, NOT FOUND. DAVID POWERS, SHERIFF, RETURN OF SERVICE ATTACHED TO AND MADE PART OF THE WITHIN RECORD

12/16/2025  10:30 AM - THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) RETURNED BY THE SHERIFF OF CRAWFORD COUNTY, THE WITHIN NAMED DEFENDANT PARTNERS FOR PERFORMANCE, NOT FOUND. DAVID POWERS, SHERIFF, RETURN OF SERVICE ATTACHED TO AND MADE PART OF THE WITHIN RECORD.

SHERIFF COST: $75.00

SO ANSWERS,

December 19, 2025

ERIC K FOY, SHERIFF

COMMONWEALTH OF PENNSYLVANIA

Notarial Seal
LANA L. LINDEN, Notary Public
City of Franklin, Venango County
My Commission Expires Jan. 11, 2028
NOTARY

Affirmed and subscribed to before me this

19TH day of DECEMBER, 2025

Lana Linden / ews

Plaintiff Attorney: MCNAIR LAW OFFICES PLLC, 821 STATE STREET, ERIE, PA 16501-1316

(c) CountySuite Sheriff, Teleosoft, Inc.

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

|   |   |   |
|---|---|---|
| LISA STALNAKER, | : | Case No. :2025-1125 |
| Plaintiff | : | |
| | : | |
| v. | : | PRAECIPE TO REINSTATE |
| | : | COMPLAINT |
| | : | |
| PARTNERS FOR PERFORMANCE, | : | |
| INC., ERIC HENRY, WAYNE BROSIUS, | : | Filed on behalf of: Lisa Stalnaker |
| and JILL FOYS, | : | |
| Defendants | : | Counsel of Record: |
| | : | |
| | : | Timothy D. McNair, Esquire |
| | : | PA ID No.: 34304 |
| | : | tmcnair@mcnairlaw.com |
| | : | |
| | : | McNair Law Offices, PLLC |
| | : | 821 State Street |
| | : | Erie, PA 16501 |
| | : | Phone: (814) 452-0700 |
| | : | Fax: (814) 454-2371 |
| | : | |
| | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |

FILED
COMMON PLEAS COURT
VENANGO COUNTY.
2026 JAN 14 AM 11: 19
PROTHONOTARY
CLERK OF COURTS

COMPLAINT ☑
REINSTATED

PROTHONOTARY
DATE 1|14|2026

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-1125

**JURY TRIAL DEMANDED**

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2026 JAN 14 AM 11:19
PROTHONOTARY
CLERK OF COURTS
CLERK OF RECORDS

## PRAECIPE TO REINSTATE COMPLAINT

TO THE PROTHONOTARY:

    Please reinstate the Complaint referenced at the above-captioned docket number.

A copy of the Complaint is attached hereto as Exhibit "A".

### CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

COMPLAINT
REINSTATED ☑

PROTHONOTARY
DATE 1|14|2026

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No. :2025-

COMPLAINT IN CIVIL ACTION

Filed on behalf of: Lisa Stalnaker

Counsel of Record:

Timothy D. McNair, Esquire
PA ID No.: 34304
tmcnair@mcnairlaw.com

McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
Phone: (814) 452-0700
Fax: (814) 454-2371

**JURY TRIAL DEMANDED**

EXHIBIT

A

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-

*1125*

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2025 DEC -9 AM 7:56
PROTHONOTARY AND
CLERK OF COURTS

**JURY TRIAL DEMANDED**

## <u>NOTICE TO DEFEND</u>

TO:    Partners for Performance
         20 Water Street, Suite 32B
         Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

<div align="center">

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

</div>

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

    :
    :
    :

v.

    :   Case No.: 2025-
    :

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

    :
    :
    :
    :
    :

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:   Wayne Brosius
      20 Water Street, Suite 32B
      Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-

*11 25*

**JURY TRIAL DEMANDED**

**<u>NOTICE TO DEFEND</u>**

TO:   Eric Henry
     20 Water Street, Suite 32B
     Meadville, PA 16335

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-  *1125*

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:   Jill Foys
     395 Seneca Street
     Oil City, PA 16301

     YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

     YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-   //25

**JURY TRIAL DEMANDED**

## COMPLAINT IN CIVIL ACTION

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel, McNair Law Offices, PLLC and claims damages and other relief from Defendants, jointly, severally, and individually, respectfully representing:

1.    Plaintiff is Lisa Stalnaker, an adult individual residing at Meadville, Crawford County, Pennsylvania.

2.    Defendant Partners for Performance, Inc., ("PFP") is a Pennsylvania domestic nonprofit corporation maintaining its principal place of business at 920 Water Street, Suite 32B, Meadville, PA 16335, with a registered office at 1174 Elk Street, Franklin, Pennsylvania 16323-1277. PFP is a public body within the meaning of 43 P.S. § 1422 in that it is a body created by the Commonwealth funded through the Commonwealth or its political subdivisions.

3.    Defendant Eric Henry is the President of Defendant Partners for Performance, Inc. and resides at Crawford County, Pennsylvania. At all relevant times,

Defendant Henry participated in or directed the decisions of PFP that are the subject of this complaint.

4.    Defendant Wayne Brosius is a board member of Defendant PFP and resides at Crawford County, Pennsylvania.

5.    Defendant Jill Foys is the Executive Director of the Northwest Pennsylvania Regional Planning and Development Commission ("Northwest Commission") and resides at Venango County, Pennsylvania.

6.    Plaintiff was employed by Defendant PFP from October 20, 2021, when she was appointed Assistant Director until July 25, 2025, when her employment was terminated in retaliation for her good faith report to the employer or other appropriate authority of wrongdoing or waste in violation of the Pennsylvania Whistleblower Law, 43 P.S. §§ 1421-1428.

7.    On May 9, 2025, PFP terminated the employment of Dr. Lisa Miller, who had served as Director for several years.

8.    On May 16, 2025, Plaintiff was appointed "Interim Director", and her salary was increased from $75,000 per year to $88,000 per year.

9.    On July 2, 2025, Defendant Henry invited Plaintiff to a meeting at a restaurant in Crawford County. Later, Defendant Henry called Plaintiff and informed her that it was a "strategic planning meeting," intended to update a plan that hadn't been updated since 2017.

10.    At the meeting, it was revealed that the meeting was called to discuss the agency business of PFP being taken over by the Northwest Commission, including all staff and the Fiscal Agent, involving over one million dollars in federal WIOA

(Workforce Innovation and Opportunity Act) funds. Defendant Henry stated it was important to accomplish this while there was no one in the PFP Executive Director position. Jill Foys, a board member and Director of the Northwest Commission stated that the Northwest Commission would take over and create a workforce division in the Oil Region office. The group planned to create a subcommittee at the succeeding board meeting scheduled for July 11, 2025, to accomplish the transition.

11.     At that meeting, Plaintiff questioned the need to solicit bids for such a large transaction; Defendant Henry stated that there was no need to do that. Plaintiff raised the issue of the conflict of interest between Jill Foys's membership on the PFP board and her position as the Director of the Northwest Commission, which would have a large financial gain with the takeover.

12.     Plaintiff told Defendants that she was uncomfortable with the board meeting and conducting business at a non-public meeting as required by the Sunshine Law. The conduct of the July 2, 2025, meeting violated Sunshine Law requiring agencies to deliberate and take official action on the agency business in an open and public meeting with prior notice to the public and allowing public participation.

13.     The actions of Defendant PFP resulting from the July 2, 2025 meeting were in violation of law and the PFP bylaws, prohibiting the provision of services by a member of an entity represented by a member. Despite the patent conflict of interest, Jill Foys participated in the meeting and was integral to the plan to shift PFP resources, assets, and personnel to the Northwest Commission.

14.     Plaintiff contacted Stephanie Fera, the attorney representing PFP to discuss the Sunshine Law and conflict of interest issues. Ms. Fera immediately reported

Plaintiff's inquiry to Defendant Henry and Chip Abramovic, a Venango County Commissioner and Chair of the Chief Local Elected Officials. They contacted Plaintiff on July 3, 2025, repeatedly stating how disappointed they were in Plaintiff for her concern over violations of law. They stated that they needed to do best and this was the time to do it since there was no Executive Director in place at Defendant PFP. Plaintiff was told that if she wanted to look for other employment, Henry and Abramovic would be supportive. Plaintiff was not given any written notice or warning.

15.    After Plaintiff's contact with Defendant PFP's attorney, her work environment became hostile and PFP began to inflict a series of retaliatory acts upon Plaintiff, concluding with the termination of Plaintiff's employment for the stated reason that PFP was "moving in a different direction."

16.    On July 18, 2025, at a board meeting of Defendant, the CLEOs and board of the Northwest Commission, the board voted to make itself an advisory board to the CLEOs and decertify themselves along with the Career Links in the northwest. At that meeting, Jill Foys called an executive session. The call for an executive session was not made in good faith in that Ms. Foys moved to form a committee for the Northwest Commission takeover of which she would be the Chair. Counsel for the Northwest Commission, Joe Keebler, gave the opinion that Ms. Foys had a conflict of interest and Chair Travis Crytzler agreed. However, Ms. Foys did not provide the conflict-of-interest disclosure form required nor did she abstain from the discussion regarding her agency taking over.

17.    Plaintiff objected to the conduct of the executive session, but the board rejected her objection and stated it was a decision of commissioners of the six counties.

18.     As the result of the retaliation of Defendants, Plaintiff suffered the loss of her employment, including her salary of $88,000 per year, fringe benefits, and seniority rights. Plaintiff is entitled to an Order reinstating her to her employment, with backpay and reimbursement for any expenses not covered by benefits, compensation for front pay, compensation for emotional distress resulting from the sudden and unjustified termination of her employment, punitive damages, and costs of litigation, including attorney's fees and expenses.

## COUNT I – VIOLATION OF THE PENNSYLVANIA WHISTLEBLOWER LAW 43 P.S. §§ 1421-1428.

19.     Plaintiff incorporates herein by reference the preceding averments of this Complaint as though fully set forth at length.

20.     The actions of the Defendants were undertaken in violation of the Pennsylvania Whistleblower Law and caused the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## TRIAL BY JURY OF TWELVE DEMANDED

## COUNT II – 42 U.S.C. §1983 -VIOLATION OF THE RIGHTS OF PLAINTIFF UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

21.     Plaintiff incorporates herein by reference the averments of paragraphs 1 through 18 of this Complaint as though fully set forth at length.

22.    At all relevant times, Defendants were acting under color of state law and were in the course and scope of their duties.

23.    The actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance.

24.    As the result of the constitutional violations of the Defendants, Plaintiff suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## TRIAL BY JURY OF TWELVE DEMANDED

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Timothy D. McNair, Esquire

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,                     :
            Plaintiff               :
                                    :
                                    :
v.                                  :    Case No.: 2025- *1125*
                                    :
                                    :
PARTNERS FOR PERFORMANCE,           :
INC., ERIC HENRY, WAYNE BROSIUS,    :
and JILL FOYS,                      :
            Defendants              :
                                    :
                                    :    **JURY TRIAL DEMANDED**

## VERIFICATION

I, Lisa Stalnaker, verify that the facts set forth in the within the Complaint are true and correct to the best of my knowledge, information, and belief. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.


_Lisa Stalnaker_
Lisa Stalnaker

Date: 11/21/2025

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

|  |  |  |
|---|---|---|
| LISA STALNAKER,<br>Plaintiff | : | |
| v. | : | Case No.: 2025-1125 |
| PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>Defendants | : | |
| | : | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Praecipe to Reinstate Complaint was mailed by First Class U.S. mail, postage prepaid on this ⎿4th⏌ day of January, 2026:

Eric Henry
Crawford County Courthouse
903 Diamond Park
Meadville, PA 16335

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By:
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

# SHERIFF'S OFFICE OF VENANGO COUNTY



**Eric K Foy**
*Sheriff*

**Merle D Giesey**
*Chief Deputy*

---

LISA STALNAKER
vs.
PARTNERS FOR PERFORMANCE (et al.)

**Case Number**
CIV 1125-2025

---

## SHERIFF'S RETURN OF SERVICE

01/14/2026   01:20 PM - CHIEF DEPUTY MERLE D. GIESEY, BEING DULY SWORN ACCORDING TO LAW, SERVED THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) BY "PERSONALLY" HANDING A TRUE COPY TO A PERSON REPRESENTING THEMSELVES TO BE THE DEFENDANT, TO WIT: PARTNERS FOR PERFORMANCE AT VENANGO COUNTY COURT HOUSE ANNEX, FISCAL OFFICE, 1174 ELK STREET, FRANKLIN, PA 16323.

CORRECTION ON NAME: PAPERWORK HAD DIANE BRICK, NAME IS ACTUALLY DIONA BRICK

MERLE D. GIESEY, CHIEF DEPUTY

January 15, 2026

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
MARYANN SMITH, Notary Public
City of Franklin, Venango County
My Commission Expires Jan. 11, 2028
NOTARY

Affirmed and subscribed to before me this
15TH   day of   JANUARY  ,   2026

Plaintiff Attorney: MCNAIR LAW OFFICES PLLC, 821 STATE STREET, ERIE, PA 16501-1316
(c) CountySuite Sheriff, Teleosoft, Inc.

# SHERIFF'S OFFICE OF VENANGO COUNTY

**Eric K Foy**
*Sheriff*



**Merle D Giesey**
*Chief Deputy*

LISA STALNAKER
vs.
PARTNERS FOR PERFORMANCE (et al.)

**Case Number**
CIV 1126-2025

## SHERIFF'S RETURN OF SERVICE

01/14/2026   SHERIFF ERIC K FOY, BEING DULY SWORN ACCORDING TO LAW, STATES HE MADE DILIGENT SEARCH AND INQUIRY FOR THE WITHIN NAMED DEFENDANT TO WIT: WAYNE BROSIUS, BUT WAS UNABLE TO LOCATE THE DEFENDANT IN HIS BAILIWICK. THE SHERIFF THEREFORE DEPUTIZES THE SHERIFF OF CLARION, PENNSYLVANIA TO SERVE THE WITHIN COMPLAINT IN CIVIL ACTION (CICA) ACCORDING TO LAW.

01/14/2026   01:20 PM - CHIEF DEPUTY MERLE D. GIESEY, BEING DULY SWORN ACCORDING TO LAW, SERVED THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) BY "PERSONALLY" HANDING A TRUE COPY TO A PERSON REPRESENTING THEMSELVES TO BE THE DEFENDANT, TO WIT: PARTNERS FOR PERFORMANCE AT VENANGO COUNTY COURT HOUSE ANNEX, FISCAL OFFICE, 1174 ELK STREET, FRANKLIN, PA 16323.

CORRECTION ON NAME: PAPERWORK HAD DIANE BRICK, NAME IS ACTUALLY DIONA BRICK

MERLE D. GIESEY, CHIEF DEPUTY

01/21/2026   10:50 AM - THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) SERVED BY THE SHERIFF OF CLARION COUNTY UPON WAYNE BROSIUS, PERSONALLY, AT CLARION COUNTY COMPLEX BUILDING, 160 AMSLER AVENUE, SHIPPENVILLE, PA 16254. SHAWN ZERFOSS, SHERIFF, RETURN OF SERVICE ATTACHED TO AND MADE PART OF THE WITHIN RECORD.

SHERIFF COST: $113.00

SO ANSWERS,

January 28, 2026

ERIC K FOY, SHERIFF

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
MARYANN SMITH, Notary Public
City of NOTARY Venango County
My Commission Expires Jan. 11, 2028

Affirmed and subscribed to before me this

28TH   day of   JANUARY   , 2026

Plaintiff Attorney: MCNAIR LAW OFFICES PLLC, 821 STATE STREET, ERIE, PA 16501-1316

(c) CountySuite Sheriff, Teleosoft, Inc.



# CLARION COUNTY SHERIFF ~~RECEIVED~~

Shawn Zerfoss, M.A. - Sheriff

421 Main Street, Suite 11 - Courthouse - Clarion, PA 16214
Ph: 814-226-7611          Fax: 814-226-9824

szerfoss@co.clarion.pa.us

*2026 JAN 28  AM 9: 2[ ]*

*VENANGO COUNTY ...FICE*

**Case Number:** CIV 1125-2025
2/14/26

**Docket Number:** C-11-2026

Last day to serve:

**Plaintiff:**    Lisa Stalnaker
                        vs.
**Defendant:** PARTNERS FOR PERFORMANCE et al (serve WAYNE BROSIUS)
**Address:**    330 MAIN ST, CLARION, PA 16214

*FILED COMMON PLEAS COURT VENANGO COUNTY 2026 JAN 28 PM 2:19 PROTHONOTARY CLERK OF COURT*

| | Date | Time | Result | | Badge# | Initials | |
|---|---|---|---|---|---|---|---|
| 1st Attempt | 1/21/16 | 1050 | Served | | 101 | SZ | |
| 2nd Attempt | | | | | | | |
| 3rd Attempt | | | | | | | |
| 4th Attempt | | | | | | | |
| Notes: | | | | | | | |
| Address Change: | | | | | | | |

Circle the appropriate one: (Defendant)  Husband  Wife  Son  Daughter  Adult Person in Charge (18 or older)

PERSON SERVED: Wayne Brosius          DEPUTY SHERIFF: Zerfoss

Signature: Wayne R Brosius          Signature & Badge#  [signature]  101

Print Name: Wayne R. Brosius          Print Name: Shawn Zerfoss

------------------------------------------------------------------------

## AFFIDAVIT OF SERVICE
### COMMONWEALTH OF PENNSYLVANIA, COUNTY OF CLARION

I hereby Certify and Return that on the __21__ day of __January__ 2026 at __1050__ AM/PM/(HOURS) I served the within COMPLAINT, ~~MORTGAGE FORECLOSURE~~ upon defendant __Wayne Brosius__ by delivering and leaving with __Wayne Brosius__ Relationship to defendant __Defendant__ at __Clarion County Complex Building, 160 Amsler__ a true copy. __Ave., Shippenville, PA 16254__

## AFFIDAVIT OF NOT FOUND

### COMMONWEALTH OF PENNSYLVANIA, COUNTY OF _____

I hereby Certify and Return that on the _____ day of _____ 2026 at _____ AM/PM Service was attempted with due diligence and inquiry for _____ at _____ . Service was unable to be made for the following reason: _____

*Commonwealth of Pennsylvania*
*County of Clarion*
*Signed and sworn (or affirmed) to before me this*
__21__ *day of* __January__
__Madison A Kerr__
*Signature, Public Notary*

__Madison S Kerr__
*Print Name, Public Notary*

Commonwealth of Pennsylvania - Notary Seal
Madison S. Kerr, Notary Public
Clarion County
My commission expires June 10, 2028
Commission number 1445808

__[signature]__
*Signature & Date of Deputy Sheriff*
__Shawn Zerfoss__
*Print Name, Deputy Sheriff*

*Shawn Zerfoss, Sheriff of Clarion County*

# IN THE COURT OF COMMON PLEAS
## OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No. :2025-1125

AMENDED COMPLAINT IN CIVIL
ACTION

Filed on behalf of: Lisa Stalnaker

Counsel of Record:

Timothy D. McNair, Esquire
PA ID No.: 34304
tmcnair@mcnairlaw.com

McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
Phone: (814) 452-0700
Fax: (814) 454-2371

**JURY TRIAL DEMANDED**

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,
Plaintiff

v.                                          Case No.: 2025-1125

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
Defendants

**JURY TRIAL DEMANDED**

**NOTICE TO DEFEND**

TO:   Partners for Performance
      c/o Estelle K. McGrath, Esquire
      Union Trust Building
      501 Grant St., Suite 700
      Pittsburgh, PA 15219

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

NORTHWESTERN LEGAL SERVICES
1001 State Street
Renaissance Centre, Suite 700
Erie, PA 16501-5704
Telephone: (814) 452-6949
(800)665-6957

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,         :
    Plaintiff              :
                           :
v.                          :    Case No.: 2025-1125
                           :
PARTNERS FOR PERFORMANCE,  :
INC., ERIC HENRY, WAYNE BROSIUS,  :
and JILL FOYS,                :
    Defendants            :
                           :    **JURY TRIAL DEMANDED**

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2026 FEB -6 PM 3: 26
PROTHONOTARY AND
CLERK OF COURTS

## NOTICE TO DEFEND

TO:    Wayne Brosius
        c/o Estelle K. McGrath, Esquire
        Union Trust Building
        501 Grant St., Suite 700
        Pittsburgh, PA 15219

        YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN
THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT
AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND
FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH
AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU
AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY
MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE
PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

        YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR
CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU
CAN GET LEGAL HELP:

NORTHWESTERN LEGAL SERVICES
1001 State Street
Renaissance Centre, Suite 700
Erie, PA 16501-5700
Telephone: (814) 452-6949
(800)665-6957

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 2025-1125

**JURY TRIAL DEMANDED**

<u>**NOTICE TO DEFEND**</u>

TO:    Eric Henry
        c/o Estelle K. McGrath, Esquire
        Union Trust Building
        501 Grant St., Suite 700
        Pittsburgh, PA 15219

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

NORTHWESTERN LEGAL SERVICES
1001 State Street
Renaissance Centre, Suite 700
Erie, PA 16501-5701
Telephone: (814) 454-6949
(800)665-6957

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

|  |  |  |
|---|---|---|
| LISA STALNAKER,<br>Plaintiff | : | |
| | : | |
| v. | : | Case No.: 2025-1125 |
| | : | |
| PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>Defendants | : | |
| | : | **JURY TRIAL DEMANDED** |

## NOTICE TO DEFEND

TO:   Jill Foys
      c/o Estelle K. McGrath, Esquire
      Union Trust Building
      501 Grant St., Suite 700
      Pittsburgh, PA 15219

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN
THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT
AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND
FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH
AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU
AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY
MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE
PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR
CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU
CAN GET LEGAL HELP:

NORTHWESTERN LEGAL SERVICES
1001 State Street
Renaissance Centre, Suite 700
Erie, PA 16501-5704
Telephone: (814) 452-6049
(800) 665-6957

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.                             Case No.: 2025-1125

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

## AMENDED COMPLAINT IN CIVIL ACTION

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel, McNair Law Offices, PLLC and claims damages and other relief from Defendants, jointly, severally, and individually, respectfully representing:

1.    Plaintiff is Lisa Stalnaker, an adult individual residing at Meadville, Crawford County, Pennsylvania.

2.    Defendant Partners for Performance, Inc., ("PFP") is a Pennsylvania domestic nonprofit corporation maintaining its principal place of business at 920 Water Street, Suite 32B, Meadville, PA 16335, with a registered office at 1174 Elk Street, Franklin, Pennsylvania 16323-1277. PFP is a public body within the meaning of 43 P.S. § 1422 in that it is a body created by the Commonwealth funded through the Commonwealth or its political subdivisions.

3.    Defendant Eric Henry is the President of Defendant Partners for Performance, Inc. and resides at Crawford County, Pennsylvania. At all relevant times,

Defendant Henry participated in or directed the decisions of PFP that are the subject of this Complaint.

4. Defendant Wayne Brosius is a board member of Defendant PFP and resides at Crawford County, Pennsylvania.

5. Defendant Jill Foys is the Executive Director of the Northwest Pennsylvania Regional Planning and Development Commission ("Northwest Commission") and resides at Venango County, Pennsylvania. At all relevant times, Jill Foy participated in the management of PFP, attending its Board meetings and privately communicating with its officers.

6. Plaintiff was employed by Defendant PFP from October 20, 2021, when she was appointed Assistant Director until July 25, 2025, when her employment was terminated in retaliation for her good faith report to the employer or other appropriate authority of wrongdoing or waste in violation of the Pennsylvania Whistleblower Law, 43 P.S. §§ 1421-1428.

7. The Whistleblower Law provides, in part: "No employer may discharge, threaten or otherwise discriminate or retaliate against an employee regarding the employee's compensation, terms, conditions, location or privileges of employment because the employee or a person acting on behalf of the employee makes a good faith report or is about to report, verbally or in writing, to the employer or appropriate authority an instance of wrongdoing or waste." 43 P.S. §1423(a). This is the clearly stated public policy of the Commonwealth.

8. Discharge of an employee in violation of the Whistleblower Law constitutes a violation of public policy and constitutes the tort of common-law

2

wrongful discharge. *Denton v. Silver Stream Nursing & Rehabilitation Ctr.* 1999 Pa,
Super. 251, 739 A.2d 571 (1999).

9.   On May 9, 2025, PFP terminated the employment of Dr. Lisa Miller, who
had served as Director for several years.

10.   On May 16, 2025, Plaintiff was appointed "Interim Director", and her
salary was increased from $75,000 per year to $88,000 per year.

11.   On July 2, 2025, Defendant Henry invited Plaintiff to a meeting at a
restaurant in Crawford County. Later, Defendant Henry called Plaintiff and informed
her that it was a "strategic planning meeting," intended to update a plan that hadn't
been updated since 2017.

12.   At the meeting, it was revealed that the meeting was called to discuss the
agency business of PFP being taken over by the Northwest Commission, including all
staff and the Fiscal Agent, involving over one million dollars in federal WIOA
(Workforce Innovation and Opportunity Act) funds. Defendant Henry stated it was
important to accomplish this while there was no one in the PFP Executive Director
position. Jill Foys, a board member and Director of the Northwest Commission stated
that the Northwest Commission would take over and create a workforce division in the
Oil Region office. The group planned to create a subcommittee at the succeeding board
meeting scheduled for July 11, 2025, to accomplish the transition.

13.   At that meeting, Plaintiff questioned the need to solicit bids for such a
large transaction; Defendant Henry stated that there was no need to do that. Plaintiff
raised the issue of the conflict of interest between Jill Foys's membership on the PFP

3

board and her position as the Director of the Northwest Commission, which would have a large financial gain with the takeover.

14. Plaintiff told Defendants that she was uncomfortable with the board meeting and conducting business at a non-public meeting as required by the Sunshine Law. The conduct of the July 2, 2025, meeting violated the Sunshine Law requiring agencies to deliberate and take official action on the agency business in an open and public meeting with prior notice to the public and allowing public participation. The Sunshine Law is a clear expression of the public policy of the Commonwealth requiring decisions of public bodies, such as PFP, to be made in a public setting.

15. The actions of Defendant PFP resulting from the July 2, 2025, meeting were in violation of law and the PFP bylaws, prohibiting the provision of services by a member of an entity represented by a member. Despite the patent conflict of interest, Jill Foys participated in the meeting and was integral to the plan to shift PFP resources, assets, and personnel to the Northwest Commission.

16. Plaintiff contacted Stephanie Fera, the attorney representing PFP to report the Sunshine Law and conflict of interest violations. Ms. Fera immediately reported Plaintiff's inquiry to Defendant Henry and Chip Abramovic, a Venango County Commissioner and Chair of the Chief Local Elected Officials. They contacted Plaintiff on July 3, 2025, repeatedly stating how disappointed they were in Plaintiff for her concern over violations of law. They stated that they needed to do best and this was the time to do it since there was no Executive Director in place at Defendant PFP. Plaintiff was told that if she wanted to look for other employment, Henry and Abramovic would be supportive. Plaintiff was not given any written notice or warning.

4

17.    After Plaintiff's contact with Defendant PFP's attorney, her work environment became hostile and PFP began to inflict a series of retaliatory acts upon Plaintiff, concluding with the termination of Plaintiff's employment for the stated reason that PFP was "moving in a different direction."

18.    On July 18, 2025, at a board meeting of Defendant, the CLEOs and board of the Northwest Commission, the board voted to make itself an advisory board to the CLEOs and decertify themselves along with the Career Links in the northwest. At that meeting, Jill Foys called an executive session. The call for an executive session was not made in good faith in that Ms. Foys moved to form a committee for the Northwest Commission takeover of which she would be the Chair. Counsel for the Northwest Commission, Joe Keebler, gave the opinion that Ms. Foys had a conflict of interest and Chair Travis Crytzler agreed. However, Ms. Foys did not provide the conflict-of-interest disclosure form required nor did she abstain from the discussion regarding her agency taking over.

19.    Plaintiff objected to the conduct of the executive session, but the board rejected her objection and stated it was a decision of commissioners of the six counties.

20.    As the result of the retaliation of Defendants, Plaintiff suffered the loss of her employment, including her salary of $88,000 per year, fringe benefits, and seniority rights. Plaintiff is entitled to an Order reinstating her to her employment, with backpay and reimbursement for any expenses not covered by benefits, compensation for front pay, compensation for emotional distress resulting from the sudden and unjustified termination of her employment, punitive damages, and costs of litigation, including attorney's fees and expenses.

5

## COUNT I – LISA STALNAKER V. PARTNERS FOR PERFORMANCE - VIOLATION OF THE PENNSYLVANIA WHISTLEBLOWER LAW, 43 P.S. §§ 1421-1428.

21.     Plaintiff incorporates herein by reference the preceding averments of this Complaint as though fully set forth at length.

22.     The actions of the Defendants were undertaken in violation of the Pennsylvania Whistleblower Law and caused the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## COUNT II – LISA STALNAKER V. ERIC HENRY, WAYNE BROSIUS, AND JILL FOYS - 42 U.S.C. §1983 -VIOLATION OF THE RIGHTS OF PLAINTIFF UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

23.     Plaintiff incorporates herein by reference the averments of paragraphs 1 through 20 of this Complaint as though fully set forth at length.

24.     At all relevant times, Defendants were acting under color of state law.

25.     The actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance and were intended to chill Plaintiff from speaking publicly about the violations of law she observed.

6

26.    As the result of the constitutional violations of the Defendants, Plaintiff suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## COUNT III – LISA STALNAKER V. ALL DEFENDANTS – WRONGFUL DISCHARGE IN VIOLATION OF THE PUBLIC POLICY OF THE COMMONWEALTH

27.    Plaintiff incorporates herein by reference the preceding averments of this complaint as though fully set forth at length herein.

28.    The termination of Plaintiff's employment for reporting or intending to report the wrongdoing of the Defendants in violation of the Whistleblower Law constitutes Wrongful Termination under the common law of the Commonwealth of Pennsylvania.

29.    The individual Defendants directed, participated in, and cooperated in the wrongful termination of the Plaintiff.

30.    As the result of the wrongful termination of Plaintiff's employment by Defendants, she has suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory

and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## PLAINTIFF DEMANDS JURY TRIAL OF 12 ON ALL COUNTS SO TRIABLE

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

### CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____

Timothy D. McNair, Esquire

8

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,                          :
    Plaintiff                        :
                                     :
v.                                       :    Case No.: 2025-1125
                                     :
                                     :
PARTNERS FOR PERFORMANCE,                :
INC., ERIC HENRY, WAYNE BROSIUS,         :
and JILL FOYS,                           :
    Defendants                       :
                                     :    **JURY TRIAL DEMANDED**

## VERIFICATION

    I, Lisa Stalnaker, verify that the facts set forth in the within the Amended

Complaint are true and correct to the best of my knowledge, information, and belief. I

understand that the statements herein are made subject to the penalties of 18 Pa. C.S. §

4904 relating to unsworn falsification to authorities.


_____
Lisa Stalnaker

Date: _____2/6/2026_____

IN THE COURT OF COMMON PLEAS
OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,           :
    Plaintiff          :
                       :
v.                    :   Case No.: 2025-1125
                       :
PARTNERS FOR PERFORMANCE, :
INC., ERIC HENRY, WAYNE BROSIUS, :
and JILL FOYS,         :
    Defendants      :
                       :
                       :   **JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Amended Complaint was sent by electronic mail and/or mailed by First Class U.S. mail, postage prepaid on this ___6th___ day of February, 2026:

Estelle K. McGrath, Esquire
EKMcGrath@MDWCG.com
Union Trust Building
501 Grant St., Suite 700
Pittsburgh, PA 15219

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
Pa. ID#34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371
tmcnair@mcnairlaw.com

# McNair Law Offices, PLLC

Attorneys and Counselors at Law

## FAX TRANSMISSION COVER SHEET

**Date:**     February 6, 2026

**To:**       Lana Linden, Venango County Prothonotary

**Fax:**      814-432-9579

**Subject:**  Lisa Stalnaker v. Partners for Performance, Inc., et al.
No.: 1125-2025

**Sender:**   Ashley, Paralegal to Timothy D. McNair, Esquire

*YOU SHOULD RECEIVE 17 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL (814) 452-0700.*

## STATEMENT OF CONFIDENTIALITY

*The documents included with this facsimile transmittal sheet contain information from the law offices of Timothy D. McNair which is confidential and/or privileged and/or exempt from disclosure under applicable laws. This information is intended to be for the use of the addressee. Note that any disclosure, copying, distribution or use of the contents of this faxed information other than by the addressee is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the documents at no cost to you.*

821 State Street - Erie, Pennsylvania 16501-1316
Telephone 814.452.0700 - Facsimile 814.454.2371 - Toll Free (800)453-0566
E-MAIL: tmcnair@mcnairlaw.com - URL: http://www.mcnairlaw.com

# McNair Law Offices, PLLC

## Attorneys and Counselors at Law

February 6, 2026

Lana Linden *via facsimile (814-432-9579) only*
Venango County Prothonotary
1168 Liberty Street
Courthouse, 1st Floor
Franklin, PA 16323

Re:   Lisa Stalnaker v. Partners for Performance, Inc., et al.
No.: 1125-2025

Dear Ms. Linden:

Transmitted herewith please find Plaintiff's Amended Complaint. I ask that you file this in your usual manner.

Thank you.

Very truly yours,

McNAIR LAW OFFICES, PLLC

By:

Timothy D. McNair, Esquire

TDM/arr
Enclosures

cc:   Estelle K. McGarth, Esquire, *via email, w/ encl.*

821 State Street - Erie, Pennsylvania 16501-1316
Telephone 814.452.0700 - Facsimile 814.454-2371 - Toll Free (800)453-0566
E-MAIL: tmcnair@mcnairlaw.com - URL: http://www.mcnairlaw.com

# IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,

    Plaintiff,

v.

PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS,

    Defendants.

Case No.: 2025-1125

**PRAECIPE FOR ENTRY OF APPEARANCE**

Filed on behalf of Defendants: PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS

Counsel of Record for this Party:

ESTELLE K. MCGRATH, ESQUIRE
PA ID. #87799
ekmcgrath@mdwcg.com

**MARSHALL DENNEHEY, P.C.**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax

**JURY TRIAL DEMANDED**

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2026 FEB -9 AM 10: 37
PROTHONOTARY AND
CLERK OF COURTS

## IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,                                    Case No.: 2025-1125

    Plaintiff,

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.

### PRAECIPE FOR ENTRY OF APPEARANCE

TO PROTHONOTARY:

    Kindly enter the appearance of MARSHALL DENNEHEY, P.C. and ESTELLE K.
MCGRATH, ESQUIRE, on behalf of Defendants, PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS and JILL FOYS, in the above-captioned case.

                           Respectfully Submitted,

                           **MARSHALL DENNEHEY, P.C.**

                        By:                                        
                            ESTELLE K. MCGRATH, ESQUIRE
                            PA ID. #87799
                            ekmcgrath@mdwcg.com
                            *Counsel for Defendants PARTNERS FOR*
                            *PERFORMANCE, INC.. ERIC HENRY,*
                            *WAYNE BROSIUS and JILL FOYS*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Signature: _____

Name:  Estelle K. McGrath, Esquire

Attorney No. (if applicable) ___87799_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PRAECIPE FOR ENTRY OF APPEARANCE** has been served this 5th day of February 2026, by electronic mail, to counsel of record listed below:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie PA 16501
tmcnair@mcnairlaw.com
*Counsel for Plaintiff*

**MARSHALL DENNEHEY, P.C.**

ESTELLE K. MCGRATH, ESQUIRE
PA ID. #87799
ekmcgrath@mdwcg.com
*Counsel for Defendants PARTNERS FOR*
*PERFORMANCE, INC., ERIC HENRY,*
*WAYNE BROSIUS and JILL FOYS*

LEGAL/174353522.1

# IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,

   Plaintiff,

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS and JILL
FOYS,

   Defendants.

CIVIL DIVISION

No.: 2025-1125

**NOTICE OF FILING OF PETITION FOR
REMOVAL**

FILED ON BEHALF OF:
Defendant Wayne Brosius

COUNSEL OF RECORD FOR THIS PARTY:

Estelle K. McGrath, Esquire
PA ID. #87799
ekmcgrath@mdwcg.com

**MARSHALL DENNEHEY, P.C.**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax

## IN THE COURT OF COMMON PLEAS OF VENANGO COUNTY, PENNSYLVANIA

LISA STALNAKER,                          CIVIL DIVISION

    Plaintiff,                          No.: 2025-1125

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS and JILL
FOYS,

    Defendants.

### NOTICE OF FILING OF PETITION FOR REMOVAL

    Pursuant to 28 U.S.C. §1446, you are hereby notified that Defendant Wayne Brosius has

on this date filed a Petition For Removal of this action from the Court of Common Pleas of

Venango County, Pennsylvania, to the United States District Court for the Western District of

Pennsylvania. A copy of the Petition For Removal is attached as Exhibit "A."

                            Respectfully Submitted,

                            **MARSHALL DENNEHEY, P.C.**

    By: _____

                            Estelle K. McGrath, Esquire
                            PA ID. #87799
                            ckmcgrath@mdwcg.com
                            Union Trust Building, Suite 700
                            501 Grant Street
                            Pittsburgh PA 15219
                            412-803-1186
                            412-803-1188 Fax
                            *Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

      I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Signature: _____

Name: __Estelle K. McGrath, Esquire__

Attorney No. (if applicable) ___87799_____

FILED
COMMON PLEAS COURT
VENANGO COUNTY
2025 FEB 20 AM 11: 02
PROTHONOTARY AND
CLERK OF COURTS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,                                   CIVIL ACTION NO.:

    Plaintiff,
                                                  *Electronically Filed*
v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.



## PETITION FOR REMOVAL

AND NOW, comes Defendant Wayne Brosius by and through his counsel, MARSHALL

DENNEHEY, P.C. and ESTELLE K. MCGRATH, ESQUIRE, and files the within Notice of

Removal of Civil Action from the Court of Common Pleas of Venango County, Pennsylvania, to

the United States District Court for the Western District of Pennsylvania, representing as follows:

    1.    On December 9, 2025, Plaintiff filed a Complaint in the Court of Common Pleas of

Venango County. A copy of the Complaint is attached hereto and marked as "Exhibit A". A copy

of the docket is attached hereto and marked as Exhibit "B".

    2.    This Court has original jurisdiction of Plaintiff's claims pursuant to 28 U.S.C. §

1331 and thus the action is hereby removed to this Court pursuant to the procedures authorized by

28 U.S.C. 1441(a).

    3.    Plaintiff served the Complaint on Defendants on different dates:  Jill Foys on

December 9, 2025; Eric Henry on December 16, 2025, and Partners for Performance (Diona Brick)

on January 14, 2026.

    4.    Plaintiff served the last Defendant, Wayne Brosius, on January 21, 2026.



5.    Jurisdiction in this matter lies with this Court pursuant to subject matter jurisdiction. Plaintiff asserts that her Constitutional rights were violated when she was terminated.  (Am. Compl., Count II at ¶¶ 23-26).   More specifically, Plaintiff alleges that the "actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance and were indeed to chill Plaintiff from speaking publicly about the violations of law she observed."  *Id.* at ¶ 25.

6.    Plaintiff's Complaint was filed on December 9, 2025, which was served on the last Defendant, Wayne Brosius on January 21, 2026.  Mr. Brosius files this Petition for Removal timely as it was filed within thirty (30) days from that date he was served.  Moreover, each of the earlier-served Defendants – Partners for Performance, Inc., Eric Henry and Jill Foys – all consent to the removal.  *See* Exhibits "C-E".

7.    Pursuant to 28 U.S.C. §1446(d), a Notice of Removal has been provided to Plaintiff and filed with the Court of Common Pleas of Venango County, Pennsylvania.   A copy of the Notice of Removal is attached hereto and marked as Exhibit "F".

WHEREFORE, Defendant Wayne Brosius respectfully requests that this Honorable Court remove the above-captioned action pending in the Court of Common Pleas of Venango County, Pennsylvania, at 2025-1125 to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

By:    _/s/ Estelle K. McGrath_
       Estelle K. McGrath, Esquire
       PA ID #87799
       ekmcgrath@mdwcg.com
       Union Trust Building, Suite 700
       501 Grant Street
       Pittsburgh PA 15219
       412-803-1186
       412-803-1188 Fax
       _Counsel for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition for Removal was served upon the following party via Electronic and/or U.S. Mail, postage prepaid, on this 19th day of February 2026:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie PA 16501
tmcnair@mcnairlaw.com
***Counsel for Plaintiff***

MARSHALL DENNEHEY, P.C.

 */s/ Estelle K. McGrath*
Estelle K. McGrath, Esquire
PA ID #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
*Counsel for Defendants*

LEGAL/173820372.1

EXHIBIT A

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet
### Venango _____ County

| For Prothonotary Use Only: |
|---|
| Docket No: 1125-2025 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| Lisa Stalnaker | Partners for Performance, et al. |

| Are money damages requested? [X] Yes [ ] No | Dollar Amount Requested: (check one) [ ] within arbitration limits [X] outside arbitration limits |
|---|---|
| Is this a *Class Action Suit*? [ ] Yes [X] No | Is this an *MDJ Appeal*? [ ] Yes [X] No |

Name of Plaintiff/Appellant's Attorney: Timothy D. McNair, Esquire

[ ] **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your *PRIMARY CASE.* If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
  _____
- [ ] Employment Dispute: Discrimination
- [X] Employment Dispute: Other Violation of the PA Whistleblower Law
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
  _____
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

DEFENDANT'S EXHIBIT
4 A

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

|  |  |  |
|---|---|---|
| LISA STALNAKER,<br>Plaintiff | : | Case No. :2025- |
| | : | |
| v. | : | COMPLAINT IN CIVIL ACTION |
| | : | |
| PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>Defendants | : | Filed on behalf of: Lisa Stalnaker |
| | : | Counsel of Record: |
| | : | |
| | : | Timothy D. McNair, Esquire |
| | : | PA ID No.: 34304 |
| | : | tmcnair@mcnairlaw.com |
| | : | |
| | : | McNair Law Offices, PLLC |
| | : | 821 State Street |
| | : | Erie, PA 16501 |
| | : | Phone: (814) 452-0700 |
| | : | Fax: (814) 454-2371 |
| | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

                                          *1125*

v.                            Case No.: 2025-

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

## <u>NOTICE TO DEFEND</u>

TO:    Partners for Performance
        20 Water Street, Suite 32B
        Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

<div align="center">

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

</div>

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

    v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.: 2025- *1125*

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:   Wayne Brosius
      20 Water Street, Suite 32B
      Meadville, PA 16335

    YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

<div align="center">

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

</div>

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.: 2025- *1125*

**JURY TRIAL DEMANDED**

### NOTICE TO DEFEND

TO:    Eric Henry
        20 Water Street, Suite 32B
        Meadville, PA 16335

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
Plaintiff

v.

Case No.: 2025- *1/25*

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
Defendants

**JURY TRIAL DEMANDED**

## NOTICE TO DEFEND

TO:    Jill Foys
395 Seneca Street
Oil City, PA 16301

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Court Administrator
Judicial Center
Meadville, PA 16335
Telephone 814.333.7498

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
814-452-0700
814-454-5216

tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

    Case No.: 2025- *1125*

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

## COMPLAINT IN CIVIL ACTION

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel, McNair Law Offices, PLLC and claims damages and other relief from Defendants, jointly, severally, and individually, respectfully representing:

    1.    Plaintiff is Lisa Stalnaker, an adult individual residing at Meadville, Crawford County, Pennsylvania.

    2.    Defendant Partners for Performance, Inc., ("PFP") is a Pennsylvania domestic nonprofit corporation maintaining its principal place of business at 920 Water Street, Suite 32B, Meadville, PA 16335, with a registered office at 1174 Elk Street, Franklin, Pennsylvania 16323-1277. PFP is a public body within the meaning of 43 P.S. § 1422 in that it is a body created by the Commonwealth funded through the Commonwealth or its political subdivisions.

    3.    Defendant Eric Henry is the President of Defendant Partners for Performance, Inc. and resides at Crawford County, Pennsylvania. At all relevant times,

Defendant Henry participated in or directed the decisions of PFP that are the subject of this complaint.

4.    Defendant Wayne Brosius is a board member of Defendant PFP and resides at Crawford County, Pennsylvania.

5.    Defendant Jill Foys is the Executive Director of the Northwest Pennsylvania Regional Planning and Development Commission ("Northwest Commission") and resides at Venango County, Pennsylvania.

6.    Plaintiff was employed by Defendant PFP from October 20, 2021, when she was appointed Assistant Director until July 25, 2025, when her employment was terminated in retaliation for her good faith report to the employer or other appropriate authority of wrongdoing or waste in violation of the Pennsylvania Whistleblower Law, 43 P.S. §§ 1421-1428.

7.    On May 9, 2025, PFP terminated the employment of Dr. Lisa Miller, who had served as Director for several years.

8.    On May 16, 2025, Plaintiff was appointed "Interim Director", and her salary was increased from $75,000 per year to $88,000 per year.

9.    On July 2, 2025, Defendant Henry invited Plaintiff to a meeting at a restaurant in Crawford County. Later, Defendant Henry called Plaintiff and informed her that it was a "strategic planning meeting," intended to update a plan that hadn't been updated since 2017.

10.    At the meeting, it was revealed that the meeting was called to discuss the agency business of PFP being taken over by the Northwest Commission, including all staff and the Fiscal Agent, involving over one million dollars in federal WIOA

(Workforce Innovation and Opportunity Act) funds. Defendant Henry stated it was important to accomplish this while there was no one in the PFP Executive Director position. Jill Foys, a board member and Director of the Northwest Commission stated that the Northwest Commission would take over and create a workforce division in the Oil Region office. The group planned to create a subcommittee at the succeeding board meeting scheduled for July 11, 2025, to accomplish the transition.

11.     At that meeting, Plaintiff questioned the need to solicit bids for such a large transaction; Defendant Henry stated that there was no need to do that. Plaintiff raised the issue of the conflict of interest between Jill Foys's membership on the PFP board and her position as the Director of the Northwest Commission, which would have a large financial gain with the takeover.

12.     Plaintiff told Defendants that she was uncomfortable with the board meeting and conducting business at a non-public meeting as required by the Sunshine Law. The conduct of the July 2, 2025, meeting violated Sunshine Law requiring agencies to deliberate and take official action on the agency business in an open and public meeting with prior notice to the public and allowing public participation.

13.     The actions of Defendant PFP resulting from the July 2, 2025 meeting were in violation of law and the PFP bylaws, prohibiting the provision of services by a member of an entity represented by a member. Despite the patent conflict of interest, Jill Foys participated in the meeting and was integral to the plan to shift PFP resources, assets, and personnel to the Northwest Commission.

14.     Plaintiff contacted Stephanie Fera, the attorney representing PFP to discuss the Sunshine Law and conflict of interest issues. Ms. Fera immediately reported

Plaintiff's inquiry to Defendant Henry and Chip Abramovic, a Venango County Commissioner and Chair of the Chief Local Elected Officials. They contacted Plaintiff on July 3, 2025, repeatedly stating how disappointed they were in Plaintiff for her concern over violations of law. They stated that they needed to do best and this was the time to do it since there was no Executive Director in place at Defendant PFP. Plaintiff was told that if she wanted to look for other employment, Henry and Abramovic would be supportive. Plaintiff was not given any written notice or warning.

15.     After Plaintiff's contact with Defendant PFP's attorney, her work environment became hostile and PFP began to inflict a series of retaliatory acts upon Plaintiff, concluding with the termination of Plaintiff's employment for the stated reason that PFP was "moving in a different direction."

16.     On July 18, 2025, at a board meeting of Defendant, the CLEOs and board of the Northwest Commission, the board voted to make itself an advisory board to the CLEOs and decertify themselves along with the Career Links in the northwest. At that meeting, Jill Foys called an executive session. The call for an executive session was not made in good faith in that Ms. Foys moved to form a committee for the Northwest Commission takeover of which she would be the Chair. Counsel for the Northwest Commission, Joe Keebler, gave the opinion that Ms. Foys had a conflict of interest and Chair Travis Crytzler agreed. However, Ms. Foys did not provide the conflict-of-interest disclosure form required nor did she abstain from the discussion regarding her agency taking over.

17.     Plaintiff objected to the conduct of the executive session, but the board rejected her objection and stated it was a decision of commissioners of the six counties.

18.    As the result of the retaliation of Defendants, Plaintiff suffered the loss of her employment, including her salary of $88,000 per year, fringe benefits, and seniority rights. Plaintiff is entitled to an Order reinstating her to her employment, with backpay and reimbursement for any expenses not covered by benefits, compensation for front pay, compensation for emotional distress resulting from the sudden and unjustified termination of her employment, punitive damages, and costs of litigation, including attorney's fees and expenses.

## COUNT I – VIOLATION OF THE PENNSYLVANIA WHISTLEBLOWER LAW 43 P.S. §§ 1421-1428.

19.    Plaintiff incorporates herein by reference the preceding averments of this Complaint as though fully set forth at length.

20.    The actions of the Defendants were undertaken in violation of the Pennsylvania Whistleblower Law and caused the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

## TRIAL BY JURY OF TWELVE DEMANDED

## COUNT II – 42 U.S.C. §1983 -VIOLATION OF THE RIGHTS OF PLAINTIFF UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

21.    Plaintiff incorporates herein by reference the averments of paragraphs 1 through 18 of this Complaint as though fully set forth at length.

22.    At all relevant times, Defendants were acting under color of state law and were in the course and scope of their duties.

23.    The actions of the Defendants in terminating Plaintiff's employment were done in retaliation for Plaintiff exercising her rights under the First and Fourteenth Amendments to the United States Constitution by speaking on a matter of public importance.

24.    As the result of the constitutional violations of the Defendants, Plaintiff suffered the damages set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of the applicable limit for mandatory arbitration, together with compensatory and punitive damages, attorney's fees and costs of litigation, and such other and further relief as the Court deems just.

### TRIAL BY JURY OF TWELVE DEMANDED

---

**CERTIFICATE OF COMPLIANCE**

    I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Timothy D. McNair, Esquire

---

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371 (fax)
tmcnair@mcnairlaw.com

IN THE COURT OF COMMON PLEAS
OF CRAWFORD COUNTY, PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.                                        Case No.: 2025-

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

**JURY TRIAL DEMANDED**

## VERIFICATION

I, Lisa Stalnaker, verify that the facts set forth in the within the Complaint are true and correct to the best of my knowledge, information, and belief. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

Lisa Stalnaker

Date: 11/21/2025

EXHIBIT B

```
15172302182026                 Venango County Pennsylvania              Page    1
   PYSPRT                        Civil Case Detail Report                   2/18/2026
```

Case No.......... 2025-01125  LISA STALNAKER (vs) PARTNERS FOR PERFORMANCE ET AL

```
Reference No......                              Filed..........  12/09/2025
Case Type......... CONTRACT - EMPLOYMENT        Time...........       7:56
Judgment..........          $.00                Execution Date.  0/00/0000
Judge Assigned....                              Jury Trial.....
Disposed Desc.....                              Disposed Date..  0/00/0000
----------- Case Comments ------------          Higher Crt 1...
REINSTATE 1/14/26                               Higher Crt 2...
```

*****************************************************************************
++ GENERAL INDEX ++

| Indexed Party | | Attorney Info |
|---|---|---|
| STALNAKER LISA<br>  MEADVILLE, PA 00000 | PLAINTIFF | MCNAIR TIMOTHY D<br>821 STATE STREET<br>ERIE, PA  16501 |
| PARTNERS FOR PERFORMANCE INC<br>  MEADVILLE, PA 16335 | DEFENDANT | MCGRATH ESTELLE K<br>600 GRANT STREET<br>STE 2900<br>PITTSBURGH, PA  15219 |
| HENRY ERIC<br>  MEADVILLE, PA 16335 | DEFENDANT | |
| BROSIUS WAYNE<br>  MEADVILLE, PA 16335 | DEFENDANT | PRO SE |
| FOYS JOY<br>  MEADVILLE, PA 16335 | DEFENDANT | PRO SE |

*****************************************************************************
++ DOCKET ENTRIES ++

| Date | Entry Text |
|---|---|
| | - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - |
| 12/09/2025 | COMPLAINT IN CIVIL ACTION EMPLOYMENT DISPUTE OTHER<br>                    13 Image page(s) exists for this entry |
| 12/09/2025 | EXIT TO SHERIFF |
| 12/22/2025 | SHERIFF'S RETURN: 12/16/25 @ 10:30 AM SHERIFF OF CRAWFORD CO DID<br>NOT LOCATE DEFT<br>                     2 Image page(s) exists for this entry |
| 1/14/2026 | PRAECIPE TO REINSTATE COMPLAINT<br>                    15 Image page(s) exists for this entry |
| 1/16/2026 | SHERIFF'S RETURN: 1/14/26 1:20PM CHF DPTY GIESEY SRVD DEF<br>                     1 Image page(s) exists for this entry |
| 1/28/2026 | SHERIFF'S RETURN: 1/21/26 10:50AM CLARION COUNTY SHRF SRVD WAYNE<br>BROSIUS<br>                     2 Image page(s) exists for this entry |
| 2/06/2026 | AMENDED COMPLAINT IN CIVIL ACTION<br>                    17 Image page(s) exists for this entry |
| 2/09/2026 | PRAECIPE TO ENTER APPEARANCE OF ESTELLE MCGRATH FOR DEFT<br>                     4 Image page(s) exists for this entry<br>         - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - |

*****************************************************************************
++ Escrow Information ++

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---|---|---|
| TAX ON CMPLT | $.50 | $.50 | $.00 |
| JCS/ATJ | $41.25 | $41.25 | $.00 |
| AUTOMATION FEE | $5.00 | $5.00 | $.00 |
| REINSTATEMENT | $10.00 | $10.00 | $.00 |
| COMPLAINT FILED | $94.25 | $94.25 | $.00 |
| | ------------ | ------------ | ------------ |
| | $151.00 | $151.00 | $.00 |

*****************************************************************************
End of Case Information



DEFENDANT'S
EXHIBIT
"B"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,                         CIVIL ACTION NO.:

   Plaintiff,

                        *Electronically Filed*

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

   Defendants.

## AFFIDAVIT
## OF PARTNERS FOR PERFORMANCE

I, Eric Henry, President of the Board, Partners for Performance, makes the following declaration:

Partners for Performance consents to the removal of this civil action to the Western District of Pennsylvania.

     It is declared under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: __2/19/2026__          _____
                                Eric Henry



DEFENDANT'S EXHIBIT "C"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,

    Plaintiff,

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.

CIVIL ACTION NO.:

*Electronically Filed*

### AFFIDAVIT OF JILL FOYS

I, Jill Foys, make the following declaration:

I consent to the removal of this civil action to the Western District of Pennsylvania.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2/19/26

Jill Foys



EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,                           CIVIL ACTION NO.:

    Plaintiff,

                                  *Electronically Filed*

v.

PARTNERS FOR PERFORMANCE, INC.,
ERIC HENRY, WAYNE BROSIUS, and JILL
FOYS,

    Defendants.

### AFFIDAVIT OF ERIC HENRY

I, Eric Henry, make the following declaration:

I consent to the removal of this civil action to the Western District of Pennsylvania.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2/19/2026                             Eric Henry



DEFENDANT'S
EXHIBIT
"E"

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Filing of Petition for Removal** has been served upon the following known counsel of record this 19th day of February 2026, via electronic mail and/or US First-Class Mail, postage prepaid:

Timothy D. McNair, Esquire
McNair Law Offices, PLLC
821 State Street
Erie PA 16501
tmcnair@mcnairlaw.com
***Counsel for Plaintiff***

**MARSHALL DENNEHEY, P.C.**

Estelle K. McGrath, Esquire
PA ID. #87799
ekmcgrath@mdwcg.com
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh PA 15219
412-803-1186
412-803-1188 Fax
***Counsel for Defendants***

LEGAL/173818710.1