IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,

    Plaintiff,

v.

PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS,

    Defendants.

CIVIL ACTION NO.:

*Electronically Filed*

## AFFIDAVIT OF JILL FOYS

I, Jill Foys, make the following declaration:

I consent to the removal of this civil action to the Western District of Pennsylvania.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 2/19/26

_____
Jill Foys

Exhibit "D"