IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER, | ) CIVIL DIVISION |
| Plaintiff, | ) No: 1:26-cv-0050-SPB |
| v. | ) Judge Susan Paradise Baxter |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | ) ELECTRONICALLY FILED |
| Defendants. | ) **JURY TRIAL DEMANDED** |

## STIPULATION PURSUANT TO LCVR 7(E)

Pursuant to LCvR 7(E), Plaintiff and Defendants, by their undersigned counsel, hereby stipulate that the deadline for Defendants to respond to the Amended Complaint shall be extended to March 9, 2026, which is eleven (11) days from the original due date.

Respectfully submitted,

**MCNAIR LAW OFFICES, PLLC**

BY: *s/ Timothy D. McNair*
TIMOTHY D. McNAIR, ESQUIRE
PA ID #34304
**Counsel for Plaintiff**
821 State Street
Erie, PA  16501
814-452-0700
tmcnair@mcnairlaw.com

**MARSHALL DENNEHEY, P.C.**

BY: *s/ Estelle K. McGrath*
ESTELLE K. McGRATH, ESQUIRE
PA ID #87799
**Counsel for Defendants**
501 Grant Street, Suite 700
Pittsburgh, PA  15219
Phone: 412-803-1186
ekmcgrath@mdwcg.com