IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER, | CIVIL DIVISION |
|    Plaintiff, | No: 1:26-cv-0050-SPB |
| v. | Judge Susan Paradise Baxter |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | **ELECTRONICALLY FILED** |
| | **JURY TRIAL DEMANDED** |
|    Defendants. | |

## **PROPOSED ORDER OF COURT**

AND NOW, on this _____ day of _____, 2026, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint is hereby GRANTED.

It is further ORDERED that the:

    \_\_\_ First Amendment Retaliation against Eric Henry, Wayne Brosius and Jill Foys (Count II) is dismissed;

    \_\_\_ Wrongful Discharge against Partners for Performance, Inc., Eric Henry, Wayne Brosius, and Jill Foys (Count III).

    \_\_\_\_ Eric Henry, Wayne Brosius and Jill Foys are dismissed from the suit.

    \_\_\_\_\_ Punitive Damages are dismissed (Counts I).

    \_\_\_\_\_ Punitive Damages are dismissed (Count II).

                               BY THE COURT:

                               _____

                               US District Judge Susan Paradise Baxter