## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA STALNAKER, | CIVIL DIVISION |
|   Plaintiff, | No: 1:26-cv-0050-SPB |
| v. | Judge Susan Paradise Baxter |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | **ELECTRONICALLY FILED** <br><br> **JURY TRIAL DEMANDED** |
|   Defendants. | |

### CERTIFICATE OF MEET AND CONFER

Undersigned Defense counsel hereby certifies that the parties met and conferred on February 25, 2026 and March 4, 2026, to resolve the disputed deficiencies set forth in the Partial Motion to Dismiss and Brief in Support. The parties were unable to reach a resolution on the issues raised in the pending Motion.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY:    *s/ Estelle K. McGrath*
ESTELLE K. McGRATH, ESQUIRE
PA ID #87799
**Counsel for Defendants, Partners for Performance, Inc., Eric Henry, Wayne Brosius and Jill Foys**
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA 15219
(412) 803-1186 // (412) 803-1188 fax
ekmcgrath@mdwcg.com

LEGAL/175009184.1