IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LISA STALNAKER,<br>  Plaintiff | Case No.: 1:26-cv-0050-SPB |
| v. | PLAINTIFF'S PETITION FOR<br>REMAND |
| PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>  Defendants | Filed on behalf of: Plaintiff<br><br>Counsel of Record:<br><br>Timothy D. McNair, Esquire<br>PA ID No.: 34304<br>tmcnair@mcnairlaw.com<br><br>McNair Law Offices, PLLC<br>821 State Street<br>Erie, PA 16501<br>Phone: (814) 452-0700<br>Fax: (814) 454-2371<br><br><br><br>**JURY TRIAL DEMANDED** |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA STALNAKER,
    Plaintiff

v.

PARTNERS FOR PERFORMANCE,
INC., ERIC HENRY, WAYNE BROSIUS,
and JILL FOYS,
    Defendants

Case No.: 1:26-cv-0050-SPB

*Electronically Filed*

## PLAINTIFF'S PETITION FOR REMAND

NOW COMES the Plaintiff, Lisa Stalnaker, by counsel and respectfully petitions this Honorable Court to remand this case to the Court of Common Pleas for Venango County, Pennsylvania, respectfully representing:

1.    This case arises from actions taken by Defendants against Plaintiff during the course of Plaintiff's employment. Plaintiff has alleged violations of the Pennsylvania Whistleblower Law and wrongful termination pursuant to Pennsylvania common law.

2.    Plaintiff initially included a count for relief pursuant to 42 U.S.C. §1983 based on violations of her First Amendment rights. Defendants have filed a Motion to Dismiss that count, and, after consideration, Plaintiff has decided to amend her Complaint to remove all federal claims.

3.    Given the removal of Plaintiff's federal claims, this Court has no basis for supplemental jurisdiction. See, *Royal Canin USA, Inc. v. Wullschleger*, 604 U.S. 22, 145 S. Ct. 41, 220 L. Ed. 2d 289(2025).

4.    Given that this Court lacks subject matter jurisdiction over Plaintiff's Second Amended Complaint, the case should be remanded to the Court of Common Pleas of Venango County, Pennsylvania, pursuant to 28 U.S.C. §1367.

WHEREFORE, Plaintiff respectfully petitions this Honorable Court to remand this case to the Court of Common Pleas of Venango County, Pennsylvania, from which it was removed.

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: *s/ Timothy D. McNair*
       Timothy D. McNair, Esquire
       Pa. ID# 34304
       821 State Street
       Erie, PA 16501
       (814) 452-0700
       (814) 454-2371 (fax)
       tmcnair@mcnairlaw.com