IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| LISA STALNAKER,<br>　　Plaintiff | Case No.: 1:26-cv-0050-SPB |
| v. | MOTION FOR LEAVE TO FILE<br>SECOND AMENDED COMPLAINT |
| PARTNERS FOR PERFORMANCE,<br>INC., ERIC HENRY, WAYNE BROSIUS,<br>and JILL FOYS,<br>　　Defendants | *Electronically Filed* |

## ORDER

AND NOW, to-wit this _____ day of March, 2026, upon consideration of

Plaintiff's Second Amended Complaint and Petition for Remand, it is ORDERED that

said Petition for Remand shall be, and is hereby GRANTED.

This case is hereby remanded to the Court of Common Pleas of Venango County.



BY THE COURT:


_____
Susan Paradise Baxter, U.S.D.J.