**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA STALNAKER, | CIVIL DIVISION |
| Plaintiff, | No: 1:26-cv-0050-SPB |
| v. | Judge Susan Paradise Baxter |
| PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS, and JILL FOYS, | **ELECTRONICALLY FILED** |
| Defendants. | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REMAND**

AND NOW, comes the Defendants, PARTNERS FOR PERFORMANCE, INC., ERIC HENRY, WAYNE BROSIUS and JILL FOYS, by and through their counsel, MARSHALL DENNEHEY, P.C. and ESTELLE K. MCGRATH, ESQUIRE, and files Defendants' Response to Plaintiffs' Motion to Remand, averring in support as follows:

1. The parties met and conferred before the filing of the Motion to Dismiss the Amended Complaint.

2. Plaintiff disagreed with Defendants' arguments and refused to further amend, causing Defendants to file a partial Motion to Dismiss and partial Answer and Affirmative Defenses. (ECF 5, 6, 7).

3. In response to the Motion to Dismiss the Amended Complaint, Plaintiff ultimately choose to file a Second Amended Complaint removing her federal claim. (ECF 8).

4. Plaintiff also filed a Petition for Remand. (ECF 9).

5. Plaintiff's removal of the federal claims from her Second Amended Complaint deprives the District Court of original jurisdiction and dissolves supplemental jurisdiction over the

state claims requiring a remand to state court.  *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S.

22 (2025).

WHEREFORE, Defendants, PARTNERS FOR PERFORMANCE, INC., ERIC HENRY,

WAYNE BROSIUS and JILL FOYS do not oppose Plaintiff's Petition to Remand.[1]

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY:   *s/ Estelle K. McGrath*_____
ESTELLE K. MCGRATH, ESQUIRE
PA ID. #87799
**Counsel for Defendants Partners for
Performance, Inc., Eric Henry, Wayne Brosius
and Jill Foys**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
(412) 803-1186 // (412) 803-1188 fax
ekmcgrath@mdwcg.com

---

[1] Defendants do not waive any rights or defenses and accordingly will proceed with preliminary objections to the Second Amended Complaint in state court if the litigation is remanded.