# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

| | |
|---|---|
| LISA STALNAKER, ) | |
| ) | |
| **Plaintiff** ) | **1:26-CV-0050-SPB** |
| ) | |
| vs. ) | **SUSAN PARADISE BAXTER** |
| ) | **UNITED STATES DISRICT JUDGE** |
| PARTNERS FOR PRFORMANCE, ) | |
| INC., ERIE HENRY, WAYNE ) | |
| BROSIUS, and JILL FOYS ) | |
| ) | |
| **Defendants** ) | |

## O R D E R

AND NOW, this 14th day of July 2026;

Given that the parties agree that there is no original jurisdiction over the claims in this matter following the filing of the second amended complaint,

IT IS HEREBY ORDERED that Plaintiff's motion to remand [ECF No. 9] is GRANTED. The Clerk is directed to remand this matter to the Court of Common Pleas of Venango County FORTHWITH. The pending motion to dismiss [ECF No. 5] shall be dismissed as moot.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge